# COMPOSITE EXHIBIT 1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION

FORE GOLF ASSOCIATES MANAGEMENT, LLC,
and THE MAJORS GOLF CLUB LLC dba THE
MAJORS GOLF CLUB,

      Plaintiffs,

vs.                            CASE NO.:

LEXINGTON INSURANCE COMPANY,

      Defendant.
_____/

## COMPLAINT

    Plaintiffs, FORE GOLF ASSOCIATES MANAGEMENT, LLC and THE MAJORS GOLF CLUB LLC dba THE MAJORS GOLF CLUB, ("Plaintiffs"), by and through their undersigned counsel, hereby bring this action against Defendant, LEXINGTON INSURANCE COMPANY (herein after referred to as "LEXINGTON"), and as grounds therefore state as follows:

    1.    This is an action for damages in excess of fifteen thousand ($15,000.00) dollars exclusive of interest and costs.

    2.    At all times material hereto THE MAJORS GOLF CLUB LLC dba THE MAJORS GOLF CLUB was and is the owner of real property located at 3375 Bayside Lakes Boulevard, Palm Bay, Brevard County, Florida.

    3.    At all times material hereto FORE GOLF ASSOCIATES MANAGEMENT, LLC was and is the property manager of real property located at 3375 Bayside Lakes Boulevard, Palm Bay, Brevard County, Florida.

T1117713.DOC;1

4.      Plaintiffs purchased a policy of insurance from LEXINGTON, Policy No. 41-LX-024058875-1 ("The Policy"). A copy of the policy is attached hereto as **Exhibit "A"**.

5.      Plaintiffs paid all premiums on said Policy, and the Policy was in full force and effect at all relevant times herein.

6.      The Policy contains a "Country Club Premier Property Coverage Supplemental Declarations" form, which provides a policy limit of $2,000,000 for golf holes coverage.

7.      The Policy defines golf holes as meaning "tees, driving ranges, cut fairways, greens, grass and sand bunkers, cut and maintained roughs and other cut and maintained playing surfaces, sod used in the maintenance and repair of the golf course and cart paths."

8.      The Policy provides coverage for damage to golf holes caused by vandalism.

9.      The Policy provides for a $5,000.00 deductible for damages to golf holes caused by vandalism.

10.     The Policy contains a "Country Club Premier Business Income (And Extra Expense) Coverage Form," which provides a policy limit of $132,766.00 for lost business income and extra expense.

11.     On or about February 24, 2016, Plaintiffs discovered damage to the golf holes, as defined in the Policy, resulting from vandalism. Plaintiffs determined that Round-up, or a similar chemical herbicide, was used on the golf holes during the week of February 1, 2016, causing significant damage to all 20 golf holes.

12.     The damage to the golf holes necessitated the closing of the golf course to its members and the public.

13.     Plaintiffs timely reported the damages to LEXINGTON and a claim was opened and assigned Claim No. 5718278452US.

2

14.    In response, LEXINGTON investigated the damage to the property and collected 24 turf and soil samples.   Upon testing, it was determined that the golf holes contained glyphosate, the active ingredient in Round-up and similar chemical herbicides.

15.    It is undisputed that glyphosate, the active ingredient in Round-up and similar chemical herbicides caused damage to the golf holes.

16.    At all times relevant hereto, the storage room used to store Round-up or similar chemical herbicides as well as the fertilizers was not locked and could be accessed by anyone.

17.    Containers for Round-up or similar chemical herbicides are distinct in appearance from other fertilizers used on the golf holes.

18.    At all times relevant hereto, Plaintiffs used a 300-gallon spray rig to fertilize the golf holes.

19.    At all times relevant hereto, Plaintiffs used a 25-gallon sprayer to spot kill weeds with Round-up or similar chemical herbicide.

20.    Round-up or a similar chemical herbicide was never used in the 300-gallon spray rig in Plaintiffs' normal business operations.

21.    In or around the first week of February 2016, an unknown individual intentionally poured a substantial amount of Round-up or similar chemical herbicide into the 300-gallon spray rig with the intent to damage the golf holes.

22.    LEXINGTON concluded that all damage to the golf holes was caused by the accidental introduction of Round-up or similar chemical application during a fertilizer application.

3

23.    On July 1, 2016, LEXINGTON issued a denial letter to Plaintiffs, denying coverage for the damage.  A true and correct copy of the denial letter is attached hereto as **Exhibit "B"**.

24.    On or about July 23, 2016, Plaintiffs completed the replacement of all 20 golf holes and re-opened for business to its members and the public.

25.    Damage caused by vandalism is covered pursuant to the terms and conditions of the Policy.

26.    All conditions precedent to obtaining payment of said benefits under the Policy have been complied with, met, or waived.

27.    LEXINGTON'S refusal to accept coverage and pay all amounts due and owing under the Policy is a breach of the insurance contract.

28.    Plaintiffs are entitled to compensation for the loss to their property including, but not limited to, the following:  (a) replacement of 20 golf holes; (b) compensation for the loss of value of the property; (c) compensation for the loss in business income and extra expense; and (d) damages including court costs, attorney's fees under §626.428, Florida Statutes, and prejudgment interest.

29.    Because of LEXINGTON'S refusal to pay the losses sustained by Plaintiffs, Plaintiffs have retained the services of the undersigned attorney and are obligated to pay a reasonable fee for their services.  The Plaintiffs are entitled to attorney's fees pursuant to §627.428 Florida Statutes.

**WHEREFORE,** Plaintiffs demand a judgment against the Defendant, LEXINGTON INSURANCE COMPANY, for:

1.    All general, consequential, and special damages;

4

2.      Pre-judgment interest; and

3.      Court costs, expert fees and attorney's fees pursuant to Section §627.428 Florida

Statutes.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues so triable.

**Respectfully submitted** this _9th_ day of November, 2016.

MERLIN LAW GROUP, P.A.

William F. Merlin, Jr., Esq.
Florida Bar No. 364721
777 S. Harbour Island Blvd., Suite 950
Tampa, FL  33602
Telephone:  (813) 229-1000
Facsimile:   (813) 229-3692
Attorney for Plaintiffs
wmerlin@merlinlawgroup.com
kkowal@merlinlawgroup.com
ikuhn@merlinlawgroup.com

5

# RPS BOLLINGER – SPORTS & LEISURE
## CLAIMS REPORTING PROCEDURES

**CLAIM REPORTING**

**Effective May 20, 2014,** Please use the following **new Claim Reporting Instructions. The preferred method of receiving claims in by Lexington/AIG is e-mail.** Available to you as well is a "Toll Free Claim Reporting" Telephone and Fax numbers which will provide service to all customers 24 hours a day 7 days a week anywhere in the United States including Hawaii and Alaska. It is important to note that the E-Mail, Telephone and Fax services are **NOT** for emergencies only, rather they are to be used for **ALL** claims reporting. It is extremely important that all claims, including "Record Only" incidents be reported **immediately. AN ACORD FORM MUST BE COMPLETED FOR ALL LOSSES INCLUDING HOLE IN ONE CLAIMS.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **AIG/Lex Claims Email\* Preferred:** | club.program@AIG.com |
| **AIG/Lex Claims Phone:** | 1-877-718-0375 |
| **AIG/Lex claims Fax:** | 1-877-868-5522 |
| **Lexington Call Center:** | 1-877-873-9972 |

1. If the claim has a considerable amount of corresponding paperwork or a **"first notice" Summons & Complaint ; please contact** call the Lexington Call Center or send in a traceable manner to: Lexington Claims Department, 99 High Street, 24th Floor, Boston, MA 02110, Attn: Bruce Lantman, Segmentation Manager.   Lexington highly encourages mail to be sent via traceable method (certified, overnight, etc). Please carbon copy Bollinger on all correspondence.

**2. All Directors and Officers/Employment Practices claims should be e-mailed directly to AIG at: c-claim@AIG.com.**

3. All claims called or faxed in will be assigned to the GL, Property or Auto unit assigned by AIG/Lexington. A Claim Acknowledgment  will be sent to (Insured, Retail Agent, & Phil_DAmato @ RPSINS.com) advising of the claim number, examiner name and telephone number and for Property, the Outside Independent Company Adjuster assigned to the claim.

4.  Claim status inquires should be directed to the AIG/Lexington examiner or the Lexington call center at 1-877-873-9972.

Should you have **questions or need additional assistance**, please contact  Phil D'Amato, Claims Representative at 800-350-8005, Ext. 8195 or direct, 973-921-8195 or by email at: Philip_DAmato@rpsins.com

# RPS BOLLINGER – SPORTS & LEISURE
### 101 JFK Parkway, PO Box 647, Short Hills, NJ 07078
### Main #1-800-350-8005   or   1-973-467-8005

1/15



# RPS BOLLINGER – SPORTS & LEISURE

## FOR WORK BEING PERFORMED BY CONTRACTORS AND SUB CONTRACTORS FOR YOUR CLUB--WE SUGGEST THE FOLLOWING:

1. **COMMERCIAL GENERAL LIABILITY**: Limits should be at least $1,000,000. each occurrence/$2,000,000. aggregate Bodily Injury and Property Damage including coverage for:
   a) Products/Completed Operations
   b) Personal Injury
   c) X C U Coverage if any digging or excavation work is involved

2. **WORKER'S COMPENSATION & EMPLOYERS LIABILITY POLICY**: covering operations in the State Club is located in and other states if applicable.

3. **COMPREHENSIVE AUTOMOBILE POLICY**: Limits should be at least $1,000,000. Bodily Injury and Property Damage (Combined Single Limit) Liability including coverage for owned, non owned and hired private passenger and commercial vehicles.

4. **EXCESS LIABILITY**: Limits should be at least $5,000,000. each occurrence.

5. **<u>CLUB BE NAMED AS "ADDITIONAL INSURED" ON CONTRACTOR'S POLICIES AND THIS SHOULD BE SHOWN CERTIFICATES OF INSURANCE GIVEN TO THE CLUB.</u>**

6. **Certificates of Insurance** should provide that 15 days written notice prior to cancellation be given to the Club. Policies that lapse and/or expire during the time work is being done, should be re-certified and received by the Club within 30 days prior to the renewal date.

7. **<u>Sub-contractors</u>**: Any sub-contractor hired by Contractor should be required to meet insurance requirements above and provide certificates of insurance to the Club.

8. **Copies** of all Certificates of Insurance should be sent to:
   **RPS Bollinger – Sports & Leisure**
   PO Box 390
   Short Hills, NJ 07078

# PREMIUM STATEMENT

| | |
|---|---|
| **INSURED:** | Fore Golf Associates Management, L.L.C. |
| **ADDRESS:** | 10688 Crestwood Drive, Suite D |
| | Manasses, VA 20109 |

| | |
|---|---|
| **PRODUCER:** | Kocher Insurance Group, Inc. |
| | 1036 W. Newport Avenue, Unit 1 |
| | Chicago, IL 60657 |
| **PHONE NO:** | (312) 925-3117 |
| **FAX NO:** | (312) 925-3117 |

| | |
|---|---|
| **PROGRAM** | **RPS BOLLINGER – SPORTS & LEISURE** |
| **ADMINISTRATOR:** | **101 JFK PARKWAY; P.O. BOX 390** |
| | **SHORT HILLS, NJ  07078-0390** |
| **PHONE NO:** | **(800) 446-5311** |
| **FAX NO:** | **(973) 467-0759** |

**COUNTRY CLUB PROGRAM**
**TERM:  06/01/15  TO  06/01/16**

**ANNUAL PREMIUM:**  $ 757,919.00
$ 1,517.14   CPIC
$ 0.03         FIGA Surcharge

**INSTALLMENTS PAYABLE ON:**  06/01/15  AMOUNT DUE  $ 304,684.17
09/01/15  AMOUNT DUE  $ 151,584.00
12/01/15  AMOUNT DUE  $ 151,584.00
03/01/16  AMOUNT DUE  $ 151,584.00

_____
Countersignature of
Authorized Representative

_____06/30/15_____
Countersignature Date

LEXINGTON INSURANCE COMPANY
Administrative Offices: 100 Summer Street, Boston, Massachusetts  02110-2103

Policy Number:  41-LX-024058875-1

Named Insured:  Fore Golf Associates Management, L.L.C.

Effective Date:  6/1/2015

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY

FL HB # 853

# LEXINGTON INSURANCE COMPANY
## (A DELAWARE CORPORATION)
## (A STOCK INSURANCE COMPANY)
### Administrative Office: 99 High Street, 25th Floor Boston, Massachusetts, 02110
## COMMERCIAL PROPERTY POLICY
## DECLARATIONS

## RPS BOLLINGER – SPORTS & LEISURE

JH 6/30/15

POLICY NUMBER:  **41-LX-024058875-1**          RENEWAL OF:  41-LX-024058875-0

**NAMED INSURED AND MAILING ADDRESS:**
Fore Golf Associates Management, L.L.C.
10688 Crestwood Drive, Suite D
Manasses, VA 20109

**POLICY PERIOD:**          **From:** 6/1/15   **To:** 6/1/16
12:01 A.M. Standard Time at the address of the named insured shown above.

**LIMIT OF LIABILITY:** $ – SEE COVERAGE SCHEDULE ATTACHED

**PREMIUM:**      $ 473,293  *
**DESCRIPTION OF PREMISES:**

| Prem. No. | Bldg. No. | Location |
|---|---|---|
| 1. | 1. | See Attachment PR-1 |

OTHER PROVISIONS

[X] AGREED VALUE:   [X] REPLACEMENT COST    [ ] INFLATION GUARD _____ %

DEDUCTIBLE: $5,000

[X] BUSINESS INCOME INCLUDING RENTAL VALUE $   See 97091 05/08
       EXCEPTIONS: A.5.c.(1) (b) (ii) 180 in lieu of 30

**COVERAGES PROVIDED:**          See Attached Coverage Schedule

**FORMS APPLICABLE:**          See Attached Forms Schedule

**MORTGAGE HOLDER(S):**

| Prem. No. | Bldg. No. | Mortgage Holder Name and Address |
|---|---|---|
| 1 | 1 | Club:  Bloomingdale Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |

Continued See Page 2 of 2

_____
**Authorized Representative or Countersignature**
**(In states where applicable)**

*Includes Terrorism Coverage Premium of $3,377

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW.  PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

PRG BC 01 01 01

| Optional Commercial Property Coverages | | | |
|---|---|---|---|
| Location | Building | Description | Limit |
| 001 | 001 | Equipment Breakdown<br>Limit of Insurance<br>Deductible<br>Expediting Expenses<br>Hazardous Substances<br>Perishable Goods<br>Computer Equipment<br>CFC Refrigerants | Property Limit of Insurance<br>$5,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$100,000 |

## MORTGAGE HOLDER(S):

| Prem. No. | Bldg. No. | Mortgage Holder Name and Address |
|---|---|---|
| 2 | 1 | Club: River Hills Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 3 | 1 | Club: Baytree National<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 4 | 1 | Club: Northdale Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 5 | 1 | Club: Landsbrook Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 6 | 1 | Club: Bayou Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 7 | 1 | Club: Bardmoor Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 8 | 1 | Club: The Majors Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 9 | 1 | Club: Preserve Golf Club<br>American General Life Insurance Company<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |

Attached to and made part of policy number:     41-LX-024058875-1
Attachment to:
    Commercial Property Policy Declarations PRGCB01 0101

Location of Premises
All Premises You Own, Rent or Occupy             Property

| | | |
|---|---|---|
| 1 | 4113 Great Golfers Place<br>Valrico, FL 33594 | X |
| 2 | 3943 New River Pkwy<br>Valrico, FL 33594 | X |
| 3 | 8207 National Dr<br>Melbourne, FL 32940 | X |
| 4 | 4417 Northdale Blvd<br>Tampa, FL 33624 | X |
| 5 | 4605 Village Center Dr.<br>Palm Harbor, FL 34685 | X |
| 6 | 7979 Bayou Club Blvd<br>Largo, FL 33777 | X |
| 7 | 8001 Cumberland Road<br>Largo, FL 33777 | X |
| 8 | 3375 Bayside Lakes Blvd<br>Palm Bay, FL 32909 | X |
| 9 | 7310 Tara Preserve Lane<br>Bradenton, FL 34203 | X |

ATTACHMENT PR-1

## ADDENDUM TO THE DECLARATIONS

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.


Jeremy Johnson
PRESIDENT

Denis M. Butkovic
SECRETARY


This policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer, either below or on the Declarations page of the policy.


Ethan D. Allen
AUTHORIZED REPRESENTATIVE

This endorsement, effective 12:01 AM, 6/1/2015

Forms a part of Policy No: 41-LX-024058875-1

Issued to: Fore Golf Associates Management, L.L.C.

By: Lexington Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### FLORIDA NOTICE OF LOSS CONTROL SERVICES

Pursuant to Florida Administrative Code ("FAC") 690-166.040, we would like to inform you of the risk management programs that we have developed and that are available to you:

For your consideration, we offer the services of Global Loss Prevention, Inc., an affiliate of AIG. Global Loss Prevention, Inc. is a professional risk management company with more than 25 years experience and expertise in assisting with the prevention and mitigation of losses. Global Loss Prevention, Inc. can help address a range of problems related to loss control in various lines of business. Certain risk management programs are available to you, free of charge, as part of your commercial insurance coverage; contact your insurance broker for more details on these plans. Other, more substantive risk management programs can be purchased which include, but are not limited to the following services: surveys/analysis for identifying exposures related to your specific operations, safety management training and counseling for your staff, adoption of relevant testing strategies, and evaluations of current loss control practices.

Upon your written request, we could provide you with specific guidelines for risk management programs as established by FAC 690-166.040. Such guidelines would provide instructions and offer basic criteria to assist you in creating your own risk management plan. Should you request such guidelines and, subsequently, wish to further explore the purchase of a risk management plan, developed by Global Loss Prevention, Inc., which is specific to your company's needs, we would be willing to discuss with you both the availability of such a plan, and if available, its specific content and cost.

Again, we welcome all inquiries regarding the services of Global Loss Prevention, Inc.

90231 (7/13)
CI5326

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG).  The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy.  You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT
CAREFULLY.**

## ENDORSEMENT

This endorsement, effective 12:01 A.M.  6/1/2015

Forms a part of Policy No.   41-LX-024058875-1

Issued to  Fore Golf Associates Management, L.L.C.

By  Lexington Insurance Company

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay
any claim or provide any benefit hereunder to the extent that the provision of such cover,
payment of such claim or provision of such benefit would expose the Insurer, its parent
company or its ultimate controlling entity to any sanction, prohibition or restriction under
United Nations resolutions or the trade or economic sanctions, laws or regulations of the
European Union or the United States of America.

_____
AUTHORIZED REPRESENTATIVE

89644 6-13

## **Estimated Taxes, Assessments and Surcharges**

The taxes, assessments and surcharges shown on the Schedule are based upon our knowledge of the current law in the states involved. If the law changes, or a rate or assessment changes, or a new surcharge is imposed, or a state reinterprets its law, any additional taxes, assessments and surcharges will become part of *Your Payment Obligation.*

Policy Number: 41-LX-024058875-1

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SCHEDULE OF FORMS AND ENDORSEMENTS

The following forms and endorsements are attached to this policy effective at inception:

| Form Number | Form Date | Form Title |
|---|---|---|
| | | PROPERTY FORMS AND ENDORSEMENTS |
| FLHB 853 | | LEXINGTON PROPERTY DEC LEAD PAGE |
| PRGBC01 | 0101 | LEXINGTON COMMERCIAL PROPERTY DEC |
| PR-1 | | PROPERTY ATTACHMENT |
| 78713 | 0513 | ADDENDUM TO THE DECLARATIONS |
| 90231 | 0713 | FL NOTICE OF LOSS CONTROL SERVICES |
| 91222 | 0413 | POLICYHOLDER NOTICE |
| 89644 | 0613 | ECONOMIC SANCTIONS ENDORSEMENT |
| PRG7003 | 1109 | ESTIMATED TAXES |
| IL1201 | 1185 | POLICY CHANGES |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| 113623 | 0513 | FL - LEGAL ACTION AGAINST US |
| IL0255 | 0212 | FL CHANGES - CANCELLATION NON-RENEWAL |
| 97091 | 0508 | BLANKET PER LOCATION SCHEDULE |
| PRGCP9030 | 0302 | BLANKET PER OCCURRENCE PER LOCATION |
| 89556 | 0605 | WINDSTORM OR HAIL DEDUCTIBLE ENDT |
| 111888 | 0213 | OUTDOOR TREES SHRUBS PLANTS AND LAWNS ENDT |
| 109376 | 0213 | COUNTRY CLUB PREMIER PROPERTY COV SUPPLEMENTAL |
| 109387 | 0213 | COUNTRY CLUB PREMIER PROPERTY COV FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| PRG9019 | 0709 | STANDARD PROPERTY ENDORSEMENT |
| PRGCP03 | 1101 | FUNGUS EXCLUSION ENDORSEMENT |
| 91829 | 1106 | FOOD CONTAMINATION COVERAGE ENDORSEMENT |
| 113673 | 0513 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP1556 | 0607 | BUSINESS INCOME CHANGES |
| 109386 | 0213 | BUSINESS INCOME (AND EXTRA EXPENSE) COV FORM |
| CP1218 | 0607 | LOSS PAYABLE PROVISIONS |
| | | |
| | | INLAND MARINE FORMS AND ENDORSEMENTS |
| 79548 | 0402 | INLAND MARINE DEC |
| CM0001 | 0904 | COMMERCIAL INLAND MARINE CONDITIONS |
| 111889 | 0213 | CONTRACTORS EQUIPMENT REPORTING CONDITIONS ENDT |
| 79416 | 0402 | CONTRACTORS EQUIPMENT |
| IM-1 | | INLAND MARINE ATTACHMENT |
| 79417 | 0402 | MINI-COMPUTER/WORD PROCESSING |
| EDP-1 | | MINICOMPUTER ATTACHMENT |
| 80257 | 0402 | EDP MECHANICAL BREAKDOWN COV. ENDT |
| CM0116 | 0212 | FL CHANGES - LOSS PAYMENT |

**Att 1 0402**

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1999
05-2016-CA-047341-XXXX-XX

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# POLICY CHANGES

Policy Change
Number A

| POLICY NUMBER 41-LX-024058875-1 | POLICY CHANGES EFFECTIVE 06/01/15 | COMPANY Lexington Insurance Company |
|---|---|---|

NAMED INSURED
Fore Golf Associates Management, L.L.C.

COVERAGE PARTS AFFECTED
Commercial Property Declarations Form #79544 (04/02)

CHANGES
It is hereby understood and agreed that the Named Insured is amended to read:

Bloomingdale Golf LLC DBA Bloomingdale Golfers Club
River Hills Golf LLC DBA River Hills Country Club
Baytree Golf LLC DBA Baytree National Golf Links
Northdale Golf LLC DBA Northdale Golf & Tennis Club
Lansbrook Golf LLC DBA Lansbrook Golf Club
Bayou Golf LLC DBA The Bayou Club
Bayou Golf LLC DBA Bardmoor Golf & Tennis Club
The Majors Golf Club LLC DBA The Majors Golf Club
Preserve Golf LLC DBA The Preserve Golf Club
Patuxent Greens Golf LLC DBA Patuxent Greens Country Club
Tantallon Golf LLC DBA National Golf Club at Tantallon

Fore Golf Associates Management LLC as respects their interests as management company

Fore Golf Services LP Dba Hidden Creek Country Club
Beckett Ridge Golf LLC DBA Beckett Ridge Golf Club

The Staples Corporation as respects their interests as management company of the above two clubs.

ISSUE DATE 06/30/15

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# POLICY CHANGES

Policy Change
Number B

| POLICY NUMBER 41-LX-024058875-1 | POLICY CHANGES EFFECTIVE 06/01/15 | COMPANY Lexington Insurance Company |
|---|---|---|

| NAMED INSURED Fore Golf Associates Management, L.L.C. |
|---|

| COVERAGE PARTS AFFECTED Commercial Property Policy Declarations Form #PRGBC01 (0101) |
|---|

CHANGES

It is hereby understood and agreed that items below are self-insured and excluded from Blanket Building & Personal Property limits by location (per statement of values for 2015-2016 term) as follows:

| | |
|---|---|
| Bloomingdale Golfers Club | Pump House |
| River Hills Country Club | Tennis Storage, Pool Mechanical, Starter Shack, Golf Teaching, Chemical, Pump House, Swimming Pool, (8) Tennis Courts |
| Baytree National Golf Links | Restroom #1 |
| Northdale Golf Club | Shed, (3) Canopies |
| Lansbrook Golf Club | Chemical Storage, (3) Parking Canopies |
| Bayou Golf Club | Restroom (2) on course, Swimming Pool |
| Bardmoor Golf Club | Restroom (on course), Swimming Pool, Tennis Courts |
| Majors Golf Club | Restroom #1 |
| Preserve Golf Club | Restroom (2), Pump House |

ISSUE DATE 06/30/15

_____
Authorized Representative Signature

IL 12 01 1185
Filing 48304765

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Page 1 of 1  □
05-2016-CA-047341-XXXX-XX

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998
05-2016-CAR    Page 1 of XXX-XX-XX

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m.   6/1/2015  forms a part of Policy No.   41-LX-024058875-1

Issued to   Fore Golf Associates Management, L.L.C.   by   Lexington Insurance Company

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY CONDITIONS

The following replaces the second paragraph of the
**Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss
or damage to property must be brought within 5 years
from the date the loss occurs.

All other terms and conditions of the policy remain the
same.

_____
Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission. All rights reserved.

Filing 48304765                              VS                              05-2016-CA-047341-XXXX-XX

IL 02 55 02 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

**c.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

VS   © Insurance Services Office, Inc., 2011

05-2016HC020653021-XXXX-XX

The cancellation will be effective even if we have not made or offered a refund.

C. The following is added to the **Cancellation** Common Policy Condition:

7. **Cancellation For Policies In Effect For More Than 90 Days**

a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

(8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

(2) 45 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

(b) Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

(3) 100 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

(b) This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

(4) 120 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

(b) The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

D. The following is added:

**Nonrenewal**

1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

a. 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.**; or

b. 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless Subsection **c.** or **d.** applies.

c. If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706, Florida Statutes, then this subsection, **c.**, does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

d. 120 days prior to the effective date of nonrenewal if the first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

   a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

   b. On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

      (1) The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

      (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

   c. Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

4. Notwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

5. Notwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

E. **Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

   1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

      a. Except as provided in Paragraph **E.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

      b. We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

         (1) Nonpayment of premium;

         (2) Material misstatement or fraud related to the claim;

         (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

         (4) We have paid the policy limits.

© Insurance Services Office, Inc., 2011
VS

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective  06/01/15 12:01 a.m.  Forms a part of Policy No.  41-LX-024058875-1

Issued to:  Fore Golf Associates Management, L.L.C.

By:  Lexington Insurance Company

# BLANKET LIMITS PER PREMISES ENDORSEMENT

This endorsement modifies insurance provided by the policy.

Regardless of the number of buildings located at each premises, the Limit(s) of Insurance as shown on the Declarations for any building on that Premises is deleted and replaced with the Blanket Building and/or Contents Limit of Insurance and the Blanket Business Income Limit of Insurance shown below which applies to all of the buildings located at such premises.  The premises numbers which apply to the buildings(s) are shown on the Declarations.  The coinsurance percentage shown on the Declarations for a building and/or contents, will apply to the Blanket Building and/or Contents Limit of Insurance shown in the Schedule for the premises where such building is located.  The coinsurance percentage shown on the Declarations for business income, will apply to the Blanket Business Income Limit of Insurance shown in the Schedule for the premises where such building is located.  The Causes of Loss, Deductible, and Optional Coverages apply to each building as stated on the Declarations.

BLANKET LIMITS PER PREMISES SCHEDULE

| PREM. NO. # | Blanket Building and/or Contents Limit of Insurance | Blanket Business Income Limit of Insurance |
|---|---|---|
| Location #1: | $1,978,366 | $133,135 |
| Location #2: | $4,103,590 | $298,015 |
| Location #3: | $1,871,813 | $174,838 |
| Location #4: | $1,604,584 | $138,378 |
| Location #5: | $1,416,332 | $168,831 |
| Location #6: | $4,854,500 | $439,849 |
| Location #7: | $1,832,028 | $286,659 |
| Location #8: | $2,567,500 | $132,766 |
| Location #9: | $3,539,150 | $142,826 |

All other terms and conditions remain the same.

_____
Authorized Representative

Endorsement

**This endorsement, effective 12:01 AM:**      6/1/2015

**Forms part of policy no.:**      41-LX-024058875-1

**Issued to:**      Fore Golf Associates Management, L.L.C.

**By:**      Lexington Insurance Company

## COMMERCIAL PROPERTY INSURANCE

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

### FLORIDA BLANKET PER OCCURRENCE PER LOCATION LIMIT OF LIABILITY ENDORSEMENT

It is understood and agreed that the following special terms and conditions apply to this policy:

1.  The limit of liability or Amount of Insurance shown on the face of this policy, or endorsed onto this policy, is the total limit of the Company's liability applicable to each occurrence , as hereafter defined, for each scheduled location.  Notwithstanding any other terms and conditions of this policy to the contrary, in no event shall the liability of the Company exceed this limit or amount irrespective of the number of locations involved.

    The term "occurrence" shall mean any one loss, disaster, casualty or series of losses, disasters, or casualties, arising out of one event.  When the term applies to loss or losses from the perils of tornado, cyclone, hurricane, windstorm, hail, flood, earthquake, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief one event shall be construed to be all losses arising during a continuous period of 72 hours.  When filing proof of loss, the Insured may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than the first loss to the covered property occurs.

2.  The premium for this policy is based upon the Statement of Values on file with the Company, or attached to this policy.  In the event of loss hereunder, liability of the Company, subject to the terms of paragraph one (1) above, shall be limited to the least of the following:

    a.  The actual adjusted amount of loss, less applicable deductible(s).
    b.  The limit of Liability or Amount of Insurance shown on the attached schedule of  locations and/or Blanket Limits per location Schedule endorsed onto this policy.

All other terms and conditions remain unaltered.

_____
**Authorized Representative**

Policy Number: 41-LX-024058875-1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

## SCHEDULE*

| Prem. No. | Bldg. No. | PROPERTY COVERED, OR BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE | WINDSTORM OR HAIL • DEDUCTIBLE PERCENTAGE, OR • MONETARY (DOLLAR) DEDUCTIBLE, OR • "PERIOD OF RESTORATION" (HOURS) |
|---|---|---|---|
| **LOCATION # 1,2,4**** | | | |
| ** | ALL | Building and Contents | 3% of each building/contents value minimum of $50,000 per occurrence, each location |
| ** | ALL | Business Income/EE | 72 Hours |
| ** | ALL | Golf Holes | $100,000 per occurrence, each location |
| **LOCATION # 3,5,6,7**** | | | |
| ** | ALL | Building and Contents | 5% of each building/contents value minimum of $150,000 per occurrence, each location |
| ** | ALL | Business Income/EE | 72 Hours |
| ** | ALL | Golf Holes | $200,000 per occurrence, each location |
| **LOCATION # 8**** | | | |
| ** | ALL | Building and Contents | 5% of each building/contents value minimum of $100,000 per occurrence, each location |
| ** | ALL | Golf Holes | $150,000 per occurrence, each location |
| **LOCATION # 9**** | | | |
| ** | ALL | Building and Contents | 5% of each building/contents value minimum of $250,000 per occurrence, each location |
| ** | ALL | Business Income/EE | 72 Hours |
| ** | ALL | Golf Holes | $250,000 per occurrence, each location |

89556 (6/05)
Page 1 of 3

<u>Minimum Per Occurrence Deductible:</u> _____ <u>See Above</u>

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

The Windstorm or Hail, "Period of Restoration" (hours), as shown in the Schedule, applies to the "Period of Restoration" for Business Income (and Extra Expense) coverage, if any, as specified in this endorsement.

With respect to Covered Property at a location identified in the Schedule, no other deductible, or "Period of Restoration", applies to Windstorm or Hail.

The Windstorm or Hail Deductible, and "Period of Restoration" (hours), applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

* Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations or by endorsement hereto.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

A.  We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) Deductible(s), up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage.

When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to:

    a.  a percentage of the value(s) of the property at time of loss, if a Deductible percentage is shown in the Schedule. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises; or

    b.  the highest monetary (dollar) Deductible shown in the schedule; or

    c.  if both Deductible percentage and monetary (dollar) Deductible amounts are shown in the Schedule, then the applicable Deductible will be the greater of the deductibles determined by a. and b. above.

B.  Calculation of the Percentage Deductible – Specific Insurance

    In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

C. Calculation of the Percentage Deductible – Blanket Insurance

    In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage as shown in the Schedule, of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

D.  Minimum Per Occurrence Deductible

    In any one occurrence of loss or damage, the minimum amount that will be deducted from all loss or damage, regardless of the number of locations, or number of buildings, involved in the loss, is the Minimum Per Occurrence Deductible shown in the Schedule.

**WINDSTORM OR HAIL "PERIOD OF RESTORATION"**

In the event of loss or damage to Covered Property by an occurrence of Windstorm or Hail, as covered by this endorsement, the    Business Income (and Extra Expense) Coverage Form, "Period of Restoration" is amended as follows:

    "Period of Restoration" means the period of time that:

    a.  Begins:

        (1)  the number of hours as shown in the Schedule after the time of direct physical loss or damage for Business Income coverage; or

        (2)  Immediately after the time of direct physical loss or damage for Extra Expense coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

    b.  Ends on the earlier of:

**89556 (6/05)**
**Page 2 of 3**

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

89556 (6/05)
Page 3 of 3

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m. 06/01/15 forms a part of Policy No. 41-LX-024058875-1
Issued to Fore Golf Associates Management, L.L.C. By Lexington Insurance Company

# OUTDOOR TREES, SHRUBS, PLANTS AND LAWNS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

SCHEDULES

| Loc. No. | Outdoor Trees, Shrubs Plants and Lawns Limit of Insurance any One Occurrence | Limit of Insurance per Tree, Shrub or Plant |
|---|---|---|
| 1 | $150,000 | $5,000 |
| 2 | $150,000 | $5,000 |
| 3 | $150,000 | $5,000 |

| Loc. No. | Covered Causes of Loss (below) | Included (X) | Deductible |
|---|---|---|---|
| 1 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $100,000 |
| | Cause of Loss (9) | X | $5,000 |
| 2 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $100,000 |
| | Cause of Loss (9) | X | $5,000 |
| 3 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $200,000 |
| | Cause of Loss (9) | X | $5,000 |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

111888 (02/13)

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Paragraph A. 5. Coverage Extensions of the Country Club Premier Property Coverage Form is amended to include:

Outdoor Trees, Shrubs, Plants and Lawns

1. You may extend the insurance provided by this Coverage Form to apply to your outdoor trees, shrubs, plants and lawns (other than "stock" of trees, shrubs, plants or lawns), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

   (1) Fire;

   (2) Lightning;

   (3) Explosion;

   (4) Riot or Civil Commotion;

   (5) Aircraft;

   (6) Vehicles; or

   (7) Vandalism

2. You may add the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

   (8) Windstorm or Hail; or

   (9) The Weight of Ice or Snow.

   If the **PREMIER CAUSES OF LOSS** section of the policy is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension -- Outdoor Trees, Shrubs, Plants and Lawns.

3. Deductible(s)

   This Coverage Extension for Outdoor Trees, Shrubs, Plants and Lawns is subject to the  deductible(s) shown in the Schedule above.  No other deductible(s) shall apply to this Coverage Extension.

   In the event of loss or damage by more than one Covered Cause of Loss, at any covered location, then only the highest applicable deductible as shown in the Schedule above for each location shall apply.

   Notwithstanding any deductible conditions in this policy, the above deductible(s) shall be in addition to any other deductible(s) in the policy.

   We will not pay for loss or damage until the amount of loss or damage exceeds the applicable deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) deductible(s), up to the applicable Limit of Insurance

   The deductible(s) shall apply per occurrence, each location.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown in the in the Schedule.

All other terms and conditions of the policy remain the same.

Authorized Representative

111888 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filing 48304765                              VS                              05-2016-CA-047341-XXXX-XX

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m. 06/01/15 forms a part of Policy No. 41-LX-024058875-1
Issued to Fore Golf Associates Management, L.L.C. By Lexington Insurance Company

# OUTDOOR TREES, SHRUBS, PLANTS AND LAWNS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

SCHEDULES

| Loc. No. | Outdoor Trees, Shrubs Plants and Lawns Limit of Insurance any One Occurrence | Limit of Insurance per Tree, Shrub or Plant |
|---|---|---|
| 4 | $150,000 | $5,000 |
| 5 | $150,000 | $5,000 |
| 6 | $150,000 | $5,000 |

| Loc. No. | Covered Causes of Loss (below) | Included (X) | Deductible |
|---|---|---|---|
| 4 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $100,000 |
| | Cause of Loss (9) | X | $5,000 |
| 5 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $200,000 |
| | Cause of Loss (9) | X | $5,000 |
| 6 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $200,000 |
| | Cause of Loss (9) | X | $5,000 |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

111888 (02/13)

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Paragraph A. 5. Coverage Extensions** of the Country Club Premier Property Coverage Form is amended to include:

**Outdoor Trees, Shrubs, Plants and Lawns**

1. You may extend the insurance provided by this Coverage Form to apply to your outdoor trees, shrubs, plants and lawns (other than "stock" of trees, shrubs, plants or lawns), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    (1) Fire;

    (2) Lightning;

    (3) Explosion;

    (4) Riot or Civil Commotion;

    (5) Aircraft;

    (6) Vehicles; or

    (7) Vandalism

2. You may add the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    (8) Windstorm or Hail; or

    (9) The Weight of Ice or Snow.

    If the **PREMIER CAUSES OF LOSS** section of the policy is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension – Outdoor Trees, Shrubs, Plants and Lawns.

3. Deductible(s)

    This Coverage Extension for Outdoor Trees, Shrubs, Plants and Lawns is subject to the  deductible(s) shown in the Schedule above. No other deductible(s) shall apply to this Coverage Extension.

    In the event of loss or damage by more than one Covered Cause of Loss, at any covered location, then only the highest applicable deductible as shown in the Schedule above for each location shall apply.

    Notwithstanding any deductible conditions in this policy, the above deductible(s) shall be in addition to any other deductible(s) in the policy.

    We will not pay for loss or damage until the amount of loss or damage exceeds the applicable deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) deductible(s), up to the applicable Limit of Insurance

    The deductible(s) shall apply per occurrence, each location.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown in the in the Schedule.

All other terms and conditions of the policy remain the same.

Authorized Representative

111888 (02/13)

Page 2 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m. 06/01/15 forms a part of Policy No. 41-LX-024058875-1
Issued to Fore Golf Associates Management, L.L.C. By Lexington Insurance Company

# OUTDOOR TREES, SHRUBS, PLANTS AND LAWNS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

SCHEDULES

| Loc. No. | Outdoor Trees, Shrubs Plants and Lawns Limit of Insurance any One Occurrence | Limit of Insurance per Tree, Shrub or Plant |
|---|---|---|
| 7 | $150,000 | $5,000 |
| 8 | $150,000 | $5,000 |
| 9 | $150,000 | $5,000 |

| Loc. No. | Covered Causes of Loss (below) | Included (X) | Deductible |
|---|---|---|---|
| 7 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $200,000 |
| | Cause of Loss (9) | X | $5,000 |
| 8 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $150,000 |
| | Cause of Loss (9) | X | $5,000 |
| 9 | Causes of Loss (1) through (7) | X | $5,000 |
| | Cause of Loss (8) | X | $250,000 |
| | Cause of Loss (9) | X | $5,000 |

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

111888 (02/13)

Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Paragraph A. 5. **Coverage Extensions** of the Country Club Premier Property Coverage Form is amended to include:

**Outdoor Trees, Shrubs, Plants and Lawns**

1.  You may extend the insurance provided by this Coverage Form to apply to your outdoor trees, shrubs, plants and lawns (other than "stock" of trees, shrubs, plants or lawns), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    **(1)** Fire;

    **(2)** Lightning;

    **(3)** Explosion;

    **(4)** Riot or Civil Commotion;

    **(5)** Aircraft;

    **(6)** Vehicles; or

    **(7)** Vandalism

2.  You may add the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    **(8)** Windstorm or Hail; or

    **(9)** The Weight of Ice or Snow.

    If the **PREMIER CAUSES OF LOSS** section of the policy is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension – Outdoor Trees, Shrubs, Plants and Lawns.

3.  Deductible(s)

    This Coverage Extension for Outdoor Trees, Shrubs, Plants and Lawns is subject to the deductible(s) shown in the Schedule above. No other deductible(s) shall apply to this Coverage Extension.

    In the event of loss or damage by more than one Covered Cause of Loss, at any covered location, then only the highest applicable deductible as shown in the Schedule above for each location shall apply.

    Notwithstanding any deductible conditions in this policy, the above deductible(s) shall be in addition to any other deductible(s) in the policy.

    We will not pay for loss or damage until the amount of loss or damage exceeds the applicable deductible(s) shown in the Schedule. We will then pay the amount of loss or damage in excess of that (those) deductible(s), up to the applicable Limit of Insurance

    The deductible(s) shall apply per occurrence, each location.

    The most we will pay for loss or damage under this Coverage Extension is the limit as shown in the in the Schedule.

All other terms and conditions of the policy remain the same.

Authorized Representative

111888 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filing 48304765                        VS                        05-2016-CA-047341-XXXX-XX

## COUNTRY CLUB PREMIER PROPERTY COVERAGE
## SUPPLEMENTAL DECLARATIONS

Limits of Insurance shown below shall apply with respect to Covered Property, Additional Coverages, Coverage Extensions, Limitations and Additional Coverage Extensions, as provided in the COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM, unless another limit is otherwise indicated in the Declarations or by endorsement hereto.

No coverage is provided by this Supplemental Declarations.  Refer to the Commercial Property Forms to determine the scope of your insurance protection.

| Coverage Extensions | Limits of Insurance |
|---|---|
| Golf Holes coverage | $2,000,000. |
| Debris Coverage | $250,000 |
| Emergency Service Charge | $25,000 |
| Pollutant Clean up and Removal | $100,000* |
| Ordinance or Law | |
| Coverage B-Demolition Cost of Coverage and/or | |
| Coverage C-Increased Cost of Construction Coverage | $250,000 |
| Deferred Payments | $50,000 |
| Hole in One Reimbursement Expense | |
| Any one occurrence | $250 |
| The sum of all losses during any one policy year | $2,000* |
| Emergency Vacating Expense | $15,000 |
| Customer Inconvenience Expense | $10,000 |
| Undamaged Leasehold Improvements | $100,000 |
| Membership Reimbursement | $100,000 |
| Food Contamination Coverage | 50,000 |
| Club Professional Replacement Expense | $50,000 |
| Newly Acquired or Constructed Buildings | $2,000,000 |
| Newly Acquired Business Personal Property | $1,000,000 |
| Personal Effects | $25,000 |
| Limited Property of Others Not in Your Care, Custody or Control | $10,000 |
| Valuable Papers and Records – Cost of Research | $300,000 |
| Property Off-Premises | $50,000 |
| Non-Owned Detached Trailers | $5,000 |
| Fire Protective Devices | $50,000 |
| Business Income and Extra Expense | $50,000 |
| Reward | $50,000 |
| Lost Key Consequential Loss | $5,000 |
| Theft of Telephone or Dataline Services | $5,000 |
| Contract Penalty Clause | $25,000 |
| Inventory or Appraisal | $50,000 |
| Building Alterations | |
| Subparagraph n.(1) | $100,000 |
| Subparagraph n.(2) | $100,000 |
| Subparagraph n.(3) | $100,000 |
| Additional Expenses | $50,000 |
| Expediting Expense | $25,000 |
| Errant Golf Ball Property Damage Coverage | $1,500 |
| Computer Equipment, Media, Electronic Data And Programs: | |
| Computer.Equipment | $250,000 |
| Media, Electronic Data and Programs | $100,000 |
| Accounts Receivable | $300,000 |
| Fine Arts | $50,000 |

| | |
|---|---|
| Fine Arts in the course of Transit | $25,000 |
| Off-Premises Utility Failure.-- Direct Damage | $100,000 |
| Off-Premises Utility Failure - Time Element | $100,000 |
| Furs, Jewelry, Stamps and Other Specified Items | |
|     Furs, Garments (paragraph C.3.a.) | $50,000 |
|     Jewelry / Precious Metals (paragraph C.3.b.) | $50,000 |
|     Stamps, Tickets and Lottery Tickets (paragraph C.3.c.) | $2,500 |
| Limited Coverage for Fungus, Wet Rot, Dry Rot and Bacteria | $15,000* |
| Property in Transit or in Custody of Salespersons | $50,000 |
| Limited Water Damage Coverage | $50,000 |
| Back up of Sewers or Drains | $250,000 |
| Interruption Of Computer Operations | $10,000* |
| Virus and Hacking | $25,000* |

*Denotes an Annual Aggregate Limit

Additional Coverage-Equipment Breakdown

| | |
|---|---|
| Equipment Breakdown | $Included |
|     Expediting Expenses | $ 100,000 |
|     Hazardous Substances | $ 100,000 |
|     Spoilage | $ 100,000 |
|     Computer Equipment | $ 100,000 |
|     Data Restoration | $ 100,000 |
|     Service Interruption | $ 100,000 |
|     Business Income | Included |
|     Extra Expense | Included |
|     Ordinance or Law | Included |

Where a Limit of Insurance is indicated as Included, such coverage shall follow the Limit(s) of Insurance provided by the Policy and indicated in the Declarations, unless otherwise indicated in the Equipment Breakdown-Other Conditions Endorsement.

Where any policy deductible, condition, limitation or exclusion for Additional Coverage-Equipment Breakdown is different from those provided by the forms attached to this policy, such deductible, condition, limitation or exclusion for Additional Coverage-Equipment Breakdown, if any, will be indicated in the Equipment Breakdown-Other Conditions Endorsement.

The following Coverage Extensions apply but only if the **COUNTRY CLUB PREMIER BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM** is included as part of the policy.

| Coverage Extensions | Limits of Insurance |
| --- | --- |
| Newly Acquired or Constructed Property-Business Income | $500,000 |
| Dependent Property | $100,000 |
| Lease Cancellation Moving Expense | $5,000 |

# COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- Definitions.**

## A.  Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1.  Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2., Property Not Covered**, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.**  Building, meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Permanently installed:

**(a)** Fixtures;

**(b)** Machinery; and

**(c)** Equipment.

**(3)** Outdoor Fixtures;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire protective equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

**(6)** Bridges, towers, pipes, dams, exterior light fixtures and poles, building foundations and footings, in-ground sprinkler systems and equipment, underground flues, pipes or drains, tennis courts, televisions and radio satellite dishes and antennas, fences, bulkheads, pilings, piers, wharves, docks, retaining walls, roadways, walks, patios, playground equipment, other paved surfaces, and outdoor signs, lightning detection/warning systems

109387 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

and swimming pools.  Cart paths are not considered roadways, walks or other paved surfaces.

**b.** Golf holes meaning tees, driving ranges, cut fairways, greens, grass and sand bunkers, cut and maintained roughs and other cut and maintained playing surfaces, sod used in the maintenance and repair of the golf course and cart paths.  But this property is only covered with respect to loss or damage caused by fire, lightning, explosion, riot, civil commotion, aircraft, vehicles, vandalism, windstorm or hail, and the weight of ice or snow, to the extent they are Covered Causes of Loss in this policy.

If the **PREMIER CAUSES OF LOSS** section of this form is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to golf holes.

The most we will pay for loss or damage to golf holes is the Limit of Insurance shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** at each described location in any one occurrence.

The Coinsurance Additional Condition as described in Section **F.** Additional Conditions does not apply to paragraphs **(1)** and **(2)**.

**c.** Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the property line of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

The above will apply regardless of any contract or lease the insured may have entered to the contrary.

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under  Property of Others.

**c.** Property of Others that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the property line of the described premises.

The Coinsurance Additional Condition as described in Section **F.** Additional Conditions does not apply to Property of Others.

This coverage for Property of Others is subject to a deductible of $500.  No other deductible applies to this coverage.

**2.** **Property Not Covered**

Covered Property does not include:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   **a.** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities.  Lottery tickets held for sale are not securities;

   **b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   **c.** Automobiles held for sale;

   **d.** Contraband, or property in the course of illegal transportation or trade;

   **e.** The cost of excavations, grading, backfilling or filling except with respect to:

      **(1)** In-ground sprinkler systems and equipment;

      **(2)** Underground pipes, flues or drains;

      **(3)** Tennis courts; and

      **(4)** Golf holes, as defined in Subparagraph **A.1.b.** of this policy.

   **f.** Machinery or boilers if they are below:

      **(1)** The lowest basement floor; or

      **(2)** The surface of the ground, if there is no basement;

   **g.** Land (including land on which the property is located with the exception of golf holes), water, growing crops or lawns;

   **h.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   **i.** The cost to research, replace or restore the information on valuable papers and records, including those which exist as "electronic data", except to the extent provided in the Coverage Extensions;

   **j.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

      **(1)** Are licensed for use on public roads; or

      **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

      **(1)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

      **(2)** Vehicles or self-propelled machines, other than autos, you hold for sale;

      **(3)** Rowboats or canoes out of water at the described premises; or

      **(4)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

   **k.** The following property while outside of buildings:

      **(1)** Grain, hay, straw or other crops;

      **(2)** Trees, shrubs, plants or lawns.

**3.  Covered Causes of Loss**

Refer to the **PREMIER CAUSES OF LOSS** Section of this form.

**4.  Additional Coverages**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Limits for each Additional Coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations.  Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages.

**a. Debris Coverage**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

    **(a)** Extract "pollutants" from land or water; or

    **(b)** Remove, restore or replace polluted land or water; or

    **(c)** Remove trees, shrubs, plants or lawns.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

    **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    **(b)** Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for debris removal expense , for each location, in any one occurrence of physical loss or damage to Covered Property by a Covered Cause of Loss, if one or both of the following circumstances apply:

    **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE  SUPPLEMENTAL DECLARATIONS**

**(5) Examples**

The following examples assume that there is no coinsurance penalty.

**Example #1**

Limit of Insurance                         $90,000

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

| | |
|---|---|
| Amount of Deductible | $ 1,000 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,000 |
| | ($50,000 - $1,000) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,000 + $10,000 = $59,000) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (c).

### Example #2

| | |
|---|---|
| Limit of Insurance | $2,000,000 |
| Amount of Deductible | $   10,000 |
| Amount of Loss | $1,700,000 |
| Amount of Loss Payable | $1,690,000 |
| | ($1,700,000 - $10,000) |
| Debris Removal Expense | $  600,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $310,000 |
| Additional Amount | $250,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (c) is calculated as follows: $1,700,000 ($1,690,000 + $10,000) x .25 = $420,000; capped at $310,000. The cap applies because the sum of the loss payable ($1,690,000) and the basic amount payable for debris removal expense ($310,000) cannot exceed the Limit of Insurance ($2,000,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($600,000) exceeds 25% of the loss payable plus the deductible ($600,000 is 35.29% of $1,700,000), and because the sum of the loss payable and debris removal expense ($1,690,000 + $600,000 = $2,290,000) would exceed the Limit of Insurance ($2,000,000).

109387 (02/13)                                                         Page 5 of 50

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The additional amount of covered debris removal expense is $250,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $560,000; $40,000 of the debris removal expense is not covered.

**b.  Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay:

**(1)** for any direct physical loss or damage to that property while it is being moved to, or while temporarily stored at, another location for up to 180 days; and

**(2)** the reasonable cost to remove Covered Property from the described premises.

Payment under paragraph **(1)** of this Additional Coverage will not increase the applicable Limit of Insurance.

**c.  Emergency Service Charge**

When an emergency service is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for your liability for emergency department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.  Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e.  Ordinance or Law**

This Additional Coverage applies only to buildings to which the Replacement Cost Coverage applies.

**(1)** Coverage A – Coverage for loss to Portion of Undamaged Building

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for the loss in value of the undamaged portion of the damaged building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building, subject to the limitations stated in **e.(6)** of this Additional Coverage.

**(2)** Coverage B- Demolition Cost of Coverage

109387 (02/13)                                                                                    Page 6 of 50

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law that requires you to demolish and clear the site of undamaged parts of the building, subject to the limitations stated in **e.(4)** through **e.(9)** of this Additional Coverage.

**(3)** Coverage C – Increased Cost of Construction Coverage

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(4)** through **e.(9)** of this Additional Coverage.

**(4)** The ordinance or law referred to in **e.(1), e.(2) and e.(3)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(5)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    **(a)** You were required to comply with before the loss, even when the building was undamaged; and

    **(b)** You failed to comply with.

**(6)** Under this Additional Coverage, we will not pay for:

    **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(7)** Except as provided in Paragraph **(8)**, the most we will pay for the total of direct physical loss or damage plus Coverage B-Demolition Cost of Coverage and/or Coverage C-Increased Cost of Construction Coverage is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(8)** We will pay up to an additional limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for Coverage B-Demolition Cost of Coverage and/or Coverage C – Increased Cost of Construction Coverage for each location, in any one occurrence of physical loss or damage to Covered Property, if the total of the actual Coverage B and/or Coverage C plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

Therefore, if paragraph **(8)** applies, our total payment for direct physical loss or damage and Coverage B and/or Coverage C, may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**

**(9)** With respect to this Additional Coverage:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filing 48304765                          VS                          05-2016-CA-047341-XXXX-XX

(a) We will not pay for the Increased Cost of Construction:

    (i) Until the property is actually repaired or replaced, at the same or another premises; and

    (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(7) and (8)** of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(7) and (8)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(10)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **(8)** of this Additional Coverage, is not subject to such limitation.

**f.   Automatic Increase in Insurance**

**(1)** The Limit of Insurance for Covered Property will automatically increase by the annual percentage of 3% (or, if a percentage is entered in the Declarations Page for this Additional Coverage, we will increase by the percentage shown in the Declarations).

**(2)** The amount of increase will be:

(a) The Limit of Insurance that applied on the most recent policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times;

(b) the percentage of annual increase shown above (or in the Declarations), expressed as a decimal (example: 3% is .03), times;

(c) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 3% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is | |
| $100,000 x .03 x 146 / 365 | $1,200 |

**g.   Deferred Payments**

If covered personal property is sold by you under a conditional sale or trust agreement or any installment or deferred payment plan, we will pay for your interests (not including any finance

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

charges) in that property if it sustains direct physical loss or damage caused by or resulting from a Covered Cause of Loss, other than theft, after delivery to your customer.

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

h.  **Hole-in-One Reimbursement Expense**

We will reimburse you for up to the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for Hole-in-One Expense Reimbursement, for credits at the pro shop operated by you or your licensees, which have been awarded to a member or guest scoring a hole-in-one at the insured location.

The hole-in-one must be witnessed by another member. The score card must be signed by the course professional, the golfer scoring the hole-in-one and the witness. The score card must be sent to us within 60 days of the date of the hole-in-one.

A hole-in-one means a golf ball that is driven into a hole in one stroke from the tee in accordance with the United States Golf Association's Rules of Golf.

No deductible applies to this Additional Coverage.

i.  **Emergency Vacating Expense**

We will pay the reasonable expenses you incur in removing your guests and club members from the described premises when threatened by a Covered Cause of Loss which would cause loss of life or harm to your guests and club members.

We will not pay for any expenses under this Additional Coverage arising out of:

**(1)** A strike, bomb threat or false fire alarm, unless vacating is ordered by a civil authority;

**(2)** A planned vacating drill.

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

j.  **Customer Inconvenience Expense**

We will pay for the actual Customer Inconvenience Expense incurred by persons for whom prearranged accommodations at your described premises cannot be honored because of direct physical loss or damage to Covered Property at the described premises and caused by or resulting from a Covered Cause of Loss.

For the purposes of this Additional Coverage, "Customer Inconvenience Expense" means:

**(1)** Reasonable expense you incur to secure other comparable golf or country club accommodations for your customers;

**(2)** Reasonable "extra expense" you incur to provide transportation for your customers from your premises to the premises where the comparable accommodations are secured;

**(3)** Reasonable actual expenses you incur to reimburse your customers for their reasonable travel expenses between your premises and the premises where the comparable accommodations are secured;

**(4)** Reasonable actual expenses you incur to reimburse your customers for prepaid amounts for activities away from your premises that are forfeited because other comparable accommodations within a reasonable distance from your premises are unavailable.

We will pay Customer Inconvenience Expense for the following period of time:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(1)** Beginning on the date the inconvenienced party's prearranged accommodations at your premises are scheduled to begin or are interrupted, whichever is later; and

**(2)** Ending at the earliest of:

   **(a)** The time the prearranged accommodations are scheduled to end; or

   **(b)** The date the damaged property at your premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(c)** 14 days after the date the inconvenienced party's prearranged accommodations are scheduled to begin or are interrupted.

You must resume all or part of your golf or country club operations and resume honoring the prearranged accommodations at your premises as quickly as possible. If you fail to do so, we will reduce the amount we will pay under this Additional Coverage by the amount that could have been saved.

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**.

**k.  Undamaged Leasehold Improvements**

If your lease is canceled in accordance with a valid lease provision as the result of direct physical loss or damage, by a Covered Cause of Loss, to property at the location in which you are a tenant and you cannot legally remove your "tenants' improvements and betterments", we will extend Your Business Personal Property coverage to apply to the unamortized value of such "tenants' improvements and betterments".

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**.

**l.  Membership Reimbursement**

We will pay the actual loss you sustain for reimbursement of unearned pre-paid membership dues to club members, in the event of direct physical loss of or damage to Covered Property, at the described premises, caused by or resulting from a Covered Cause of Loss. This Additional Coverage shall not apply to initiation fees.

We shall not be liable for loss under Membership Reimbursement until 30 days after the time of such physical loss or damage.

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**.

**m.  Food Contamination Coverage**

If the Board of Health or other governmental body orders a premises described in the Declarations, or otherwise described in this policy, closed due to discovery or suspicion of food contamination, or if any governmental body make an announcement warning the public of a health hazard because of the discovery or suspicion of food contamination at the described premises:

**(1)** We will pay for the following, subject to the deductible applicable to Covered Property shown in the Declarations:

   **(a)** Cost to replace consumable food that is declared contaminated by the local Board of Health or other governmental body, or consumable food that is suspected to be contaminated;

   **(b)** The cost of necessary medical tests or vaccinations for your employees; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) The cost to clean up your equipment as required by the Board of Health or any other governmental body;

(2) We will also extend coverage for "business income" and "extra expense", as covered by this policy, to include:

(a) The actual loss of "business income" you sustain due to the necessary "suspension" of your "operations"; and

(b) The cost of additional expense in advertising to restore your reputation.

(3) With respect to this Additional Coverage, Food Contamination means food that is deemed unfit for consumption by the Board of Health or other governmental body as a result of:

(a) Tainted food you purchased;

(b) Food which has been improperly stored, handled, or prepared; or

(c) A communicable disease transmitted through your employee(s).

(4) We shall not be liable under this Food Contamination coverage for any fines or

penalties levied against you by the Board of Health, or any other governmental authority, as a result of the discovery or suspicion of food contamination at a premises described in the Declarations or otherwise described in this policy.

The most we will pay under this Additional Coverage is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

n. **Club Professional Replacement Expense Coverage**

(1) We will pay the actual and necessary Club Professional Replacement Expense you incur due to your permanent loss of the services of a Club Professional named in the Schedule kept on file with us or our authorized representative caused by a Covered Accident.

(a) Club Professional Replacement Expense, as used in this Additional Coverage means the necessary expenses you incur that you would not have incurred if you had not lost the services of the Club Professional:

(i) To continue the performance of the Club Professional's normal job responsibilities, with comparable quality, while a permanent replacement for the Club Professional is being sought, appointed or hired and trained.

Insurance under this Additional Coverage for these expenses will apply for the period of time beginning on the date of your permanent loss of services of the Club Professional caused by a Covered Accident, and ending 60 days after the date a permanent replacement for the Club Professional is appointed or hired, subject to a maximum period of 180 days.

(ii) To find a qualified permanent replacement to fill the Club Professional's position described in the Schedule kept on file with us or our authorized representative, meaning the normal and reasonable:

- Costs of advertising the professional position opening;

- Travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the professional position opening; and

- Miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including, but not limited to, overtime pay,

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

costs to verify the background and references of the job applicants and legal expenses incurred to draw up employment contracts.

Insurance under this Additional Coverage for these expenses will apply for the period of time beginning on the date of your permanent loss of the services of the Club Professional caused by a Covered Accident, and ending on the date a permanent replacement for the Club Professional is appointed or hired, subject to a maximum period of 180 days.

(iii) To appoint or hire and to train a permanent replacement for the Club Professional meaning the normal and reasonable:

- Expenses you incur to relocate the replacement professional to an area within a reasonable commute from the applicable Club Location described in the Schedule kept on file with us or our authorized representative;

- First year amounts of the replacement Club Professional's:

  - Annual base starting salary;

  - Perquisite costs; and

  - Employee benefit costs;

  in excess of the amounts which would have been incurred for the Club Professional if you had not lost the services of the Club Professional. But we will not pay more for these expenses than 10% of the amounts, which would have been incurred for the Club Professional.

- First year costs of the replacement Club Professional's training and education if the training and education is necessary for the replacement professional to perform the duties of the applicable position described in the Schedule kept on file with us or our authorized representative with the same quality of service as the Club Professional.

- Promotional, marketing and other advertising costs announcing the employment and availability of the Club Professional and any expenses to modify any current materials that referred to the Club Professional.

(b) Insurance under this Additional Coverage includes the reasonable "extra expense" you incur to minimize the amount of Club Professional Replacement Expense, but only to the extent the amount of Club Professional Replacement Expense otherwise payable under this Additional Coverage is reduced.

Insurance under this Additional Coverage for these expenses will apply only if the permanent replacement for the Club Professional is appointed or hired within 180 days after the date of your permanent loss of the services of the Club Professional caused by a Covered Accident.

(c) Covered Accident, as used in this Additional Coverage, means an accident, not otherwise excluded in this Additional Coverage, which solely and independently of any other cause results in the Club Professional's:

(i) Death; or

(ii) Permanent disability, meaning the permanent physical inability, medically determined by a licensed physician, of the Club Professional to perform the normal duties of the applicable position described in the Schedule kept on file with us or our authorized representative.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

A medical determination must be performed within one year after the date of the accident that confirms that the accident is the direct cause of the death or permanent physical inability with no other contributing causes.

**(2)** Insurance under this Additional Coverage applies only if the Covered Accident occurs while your policy is in effect. But the period of time for which we will pay expenses covered under this Additional Coverage will not be limited by the expiration of your policy.

**(3)** Insurance under this Additional Coverage does not apply to:

**(a)** The death or permanent disability of a Club Professional caused by or resulting from:

**(i)** War and Military Action, meaning:

- War, including undeclared or civil war;

- Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

- Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in defending against any of these;

**(ii)** Nuclear reaction or radiation or radioactive contamination, however caused;

**(iii)** Sickness or disease;

**(iv)** Pregnancy, childbirth, miscarriage or abortion; or

**(v)** Suicide, attempted suicide or self-inflicted bodily injury, while sane or insane.

**(vi)** Voluntary self-administration of any drug or chemical substance not prescribed by or taken according to the directions of a physician. However, this does not apply to the accidental ingestion of a poisonous substance.

**(b)** Any expenses you incur which you would not have incurred if you had used all reasonable means to:

**(i)** Find a permanent replacement for the Club Professional; and

**(ii)** Reduce or discontinue the Club Professional Replacement Expense;

as soon as possible after your permanent loss of the services of the Club Professional caused by a Covered Accident.

Insurance under this Additional Coverage includes the reasonable "extra expense" you incur to minimize the amount of Club Professional Replacement Expense, but only to the extent the amount of Club Professional Replacement Expense otherwise payable under this Additional Coverage is reduced.

**(c)** Any additional expenses incurred due to your loss of the services of a permanent replacement employee appointed or hired to replace a Club Professional, however caused. But this exclusion does not apply if the replacement employee is added to the Schedule kept on file with us or our authorized representative as a Club Professional and your loss of the services of the replacement employee is caused by a Covered Accident, during the policy period.

**(4)** The amount of Club Professional Replacement Expense will be determined based on

the actual and necessary expenses covered under this Additional Coverage which you incur to find, to appoint or hire and to train a permanent replacement for the Club Professional and to continue the performance of the Club Professional's normal job

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

responsibilities while a permanent replacement is being sought, appointed or hired and trained.  We will deduct from the total of such expenses:

(a) Any expenses which would have been incurred by you for the Club Professional if you had not lost the services of the Club Professional; and

(b) Any Club Professional Replacement Expense that is paid for by any other insurance; and

(c) All necessary expenses that reduce the Club Professional Replacement Expense, but otherwise would have been incurred.

(5) The most we will pay for Club Professional Replacement Expense due to your loss of the services of any Club Professional is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** .

No deductible applies to this Additional Coverage.

## 5. Coverage Extensions

Except as otherwise provided, the following Coverage Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.  Each of these Extensions is additional insurance.  The Coinsurance Additional Condition as described in Section F. **Additional Conditions** does not apply to these Extensions.  Unless otherwise indicated, the property deductible shown in the Declarations shall apply to these Coverage Extensions.

### a. Newly Acquired or Constructed Property

#### (1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** at each building.

#### (2) Your Business Personal Property

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** at each building.

109387 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **(b)** This Extension does not apply to:

        **(i)** Property of others that is temporarily in your possession in the course of installing or performing work on such property; or

        **(ii)** Property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

  **(3)** Period of Coverage

  With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

  **(a)** This policy expires;

  **(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

  **(c)** You report values to us.

  We will charge you additional premium for values reported from the date you acquire the property, or begin construction of that part of the building, that would qualify as covered property.

**b.** **Personal Effects**

You may extend the insurance that applies to Your Business Personal Property to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** at each described premises.

**c.** **Limited Property of Others Not in Your Care, Custody or Control**

You may extend the insurance that applies to Property of Others to apply to the property of others that is:

**(1)** Golf clubs, golf bags and golf equipment; and

**(2)** On your described premises; but

**(3)** Not in your care, custody or control.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** at each described premises.

This Coverage Extension for Limited Property of Others Not in Your Care, Custody or Control is subject to a deductible of $500. No other deductible applies to this Coverage Extension.

**d.** **Valuable Papers and Records – Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist as "electronic data", for which duplicates do not exist.

The most we will pay for loss or damage at each described premises under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**e.** **Property Off-Premises**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property or Property of Others that you are legally liable for, while it is away from the described premises, if it is:

    **(a)** Temporarily at a location you do not own, lease or operate;

    **(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

    **(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibit.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**

**f.   Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.   Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to pay for the cost to recharge or refill any fire protective equipment when discharged:

**(1)** To prevent or control a covered loss;

**(2)** Accidentally; or

**(3)** As a result of malfunction of the equipment.

The most we will pay under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**h. Business Income and Extra Expense**

You may extend the insurance provided by this Coverage Form to pay for;

(1) The actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to Covered Property at the described premises described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises includes the area within 1,000 feet of the site at which the described premises are located.

(2) Necessary "extra expenses" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss. "Extra Expense" coverage is provided at the premises described in the Declarations.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

This Coverage Extension shall not apply when the Country Club Premier Business Income (and Extra Expense) Coverage Form is made part of this policy.

**i. Reward**

You may extend the insurance provided by this Coverage Form to pay a reward to any individual or group (except you, your officers or your partners) for information which results in the arrest and conviction of any one person or group for committing or trying to commit any illegal act(s) relating to a loss covered by this policy.

The most we will pay under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**.

No deductible applies to this Coverage Extension.

**j. Lost Key Consequential Loss**

You may extend the insurance provided by this Coverage Form to pay for consequential loss to locks and keys if a master or grand master key is lost or damaged. This coverage does not apply to keys in the possession of former employees. We will pay for:

(1) The actual cost of keys; and

(2) Adjustment of locks to accept new keys; or

(3) If required, new locks including the cost of their installation.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**k. Theft of Telephone or Dataline Services**

You may extend the insurance that applies to Your Business Personal Property to apply to theft of your telephone and dataline services by an unauthorized person or group (except you, your officers or your partners).

You must make a claim within 60 days of the close of the month in which the theft or series of thefts commences.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

You must take reasonable steps to change access security codes immediately upon discovery of the theft or series of thefts.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

l.  **Contract Penalty Clause**

You may extend the insurance provided by this Coverage Form to pay the contract penalties you are required to pay to your customers as a result of a penalty clause in your contracts for failure to deliver your products according to contract terms.  The penalties must solely result from direct physical loss or damage by a Covered Cause of Loss to Covered Property.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

m.  **Inventory or Appraisal**

You may extend the insurance provided under this Coverage Form to apply to the following expenses you incur, as required by this Coverage Part, to prepare a claim:

(1)  The cost of taking inventories;

(2)  The cost of making appraisals, except costs incurred under Loss Condition **E.2.**; and

(3)  The cost of preparing a statement of loss and other supporting exhibits.

We will not pay for any expenses billed by and payable to independent or public insurance adjusters or for expenses to prepare claims not covered by this Coverage Part.

The most we will pay for any claim under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

n.  **Building Alterations**

You may extend the insurance that applies to Building to apply to:

(1)  Your interest in building alterations, repairs, installations or servicing; and

(2)  Damage to the building caused by operations or work in performing such alterations, repairs, installations or servicing; and

(3)  Property awaiting installation, including such property in transit more than 1,000 feet from the described premises.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

o.  **Additional Expenses**

You may extend the insurance provided by this Coverage Form to pay the following additional expenses that you actually and necessarily incur as a result of a covered loss to Covered Property., but that you would not have incurred if there had been no such covered direct loss or damage:

(1)  Increased interests and fees made necessary due to the activation of a mortgage acceleration clause;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** Real estate and property taxes attributed to the increased value on the property resulting directly from the costs associated with the covered loss or damage;

**(3)** Legal and accounting fees, other than fees incurred to prepare a claim; and

**(4)** Advertising and promotional expenses.

This Extension only applies to the amount of loss incurred from the date of direct physical loss or damage to the Covered Property by a Covered Cause of Loss. It ends 30 days after the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

We will not pay for any expense that you would have paid had no loss occurred.

The most that we will pay as damages for coverage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**p. Expediting Expense**

You may extend the insurance that applies to your Covered Property to cover the reasonable and necessary cost that you actually incur to:

**(1)** Make temporary repair;

**(2)** Expedite permanent repairs;

**(3)** Expedite permanent replacement of damaged Covered Property.

The most we will pay under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**q. Errant Golf Ball Property Damage Coverage**

We will pay on your behalf the cost to repair or replace property damaged by an errant golf ball from your premises.  We will pay on your behalf, even when you are not legally required to pay for the repair or replacement cost.

The most we will pay for loss under this Coverage Extension in any one occurrence is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

No deductible applies to this Coverage Extension.

**r. Computer Equipment, Media, Electronic Data, And Programs**

You may extend the insurance that applies to your Business Personal Property to cover "computer equipment", "media", "electronic data", and "programs" which you own, lease, or rent from others, or for which you are legally responsible including the replacement cost to reproduce "programs" that are lost or accidentally erased, including documentation and source materials, if you actually replace or reproduce them.  This coverage extension does not apply to valuable papers and records which exist as "electronic data".

Computer "programs" and "electronic data" are covered solely as respects direct physical loss or damage by a "specified cause of loss", as defined in the **PREMIER CAUSES OF LOSS-COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM.**

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**s. Accounts Receivable**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable:

    **(a)** At a described premises or in or on a vehicle in transit between described premises; or

    **(b)** If the records must be removed from a described premises to protect them from the threat of a Covered Cause of Loss.

We will pay:

    **(a)** All amounts due from your customers that you are unable to collect;

    **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

    **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

    **(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable located at the "premises" shown in the Declarations.

The most we will pay for loss under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**t.   Fine Arts**

    **(1)** You may extend the insurance provided by this Coverage Form to apply to loss or damage to "fine arts" you own or "fine arts" owned by others, and in your care, custody or control, while located within the premises described in the Declarations.

    Loss or damage must be caused by or result from a Covered Cause of Loss.  Exclusions **B.1.a.** and **B.1.f.**  of the **PREMIER CAUSES OF LOSS** Section of this form do not apply to this Extension.

    The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

    **(2)   Transit**

    You may extend the insurance provided by this Coverage Form to apply to your "fine arts" while in the course of transit.

    The most we will pay for loss or damage under this Coverage Extension for "fine arts" in transit is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**u.   Off-Premises Utility Failure -- Direct Damage**

You may extend the insurance provided under this Coverage Form to apply to loss or damage to your Covered Property caused by the interruption of service to the described premises in the Declarations which results from direct physical loss of or damage, by a Covered Cause of Loss, to the following services not on the described premises in the Declarations:

    **(1)** Water Supply Services, means the following types of property supplying water to the described  premises, such as:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   **(a)** Pumping stations; and

   **(b)** Water mains.

  **(2)** Communication Supply Services, means property supplying communication services, including telephone, radio, microwave, or television services to the described premises, such as:

   **(a)** Communication transmission lines;

   **(b)** Coaxial cables; and

   **(c)** Microwave radio relays except satellites.

  This shall not include above ground communication lines.

  **(3)** Power Supply Services means the following types of property supplying electricity, steam or gas to the described premises:

   **(a)** Utility generating plants;

   **(b)** Switching stations;

   **(c)** Substations;

   **(d)** Transformers; and

   **(e)** Transmission lines

Exclusion **B.1.d** does not apply to this Extension.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**v. Off-Premises Utility Failure – Time Element**

You may extend the insurance provided for "business income" and/or "extra expense" coverage to apply to losses you incur for the actual loss of your "business income" and "extra expense" caused by or resulting from:

**(1)** the necessary "suspension" of your operations during the "period of restoration";

**(2)** direct physical loss or damage by a Covered Cause of Loss to property not on the premises described in the Declarations but used to supply you with services by the following utilities:

 **(a)** Water Supply Services, means the following types of property supplying water to the described premises, such as:

  **(i)** Pumping stations and

  **(ii)** Water mains.

 **(b)** Communication Supply Services, means property supplying communication services, including telephone, radio, microwave, or television services to the described premises, such as:

  **(i)** Communication transmission lines;

  **(ii)** Coaxial cables; and

  **(iii)** Microwave radio relays except satellites.

 This shall not include above ground communication lines.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) Power Supply Services means the following types of property supplying electricity, steam, or gas to the described premises:

(i) Utility generating plants;

(ii) Switching stations;

(iii) Substations;

(iv) Transformers; and

(v) Transmission lines

The coverage provided under this Coverage Extension does not increase the applicable Limit of Insurance for "business income" and/or "extra expense" coverage provided in this policy.

The most we will pay for loss or damage under this Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS**

**B. Exclusions and Limitations**

See the **PREMIER CAUSES OF LOSS** Section of this form.

**C. Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or any Supplemental Declarations.

**D. Deductible**

1. In any one occurrence of loss or damage (hereinafter referred to as a loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to:

(a) $1,000 (unless a larger deductible is shown in the Declarations or by endorsement); or

(b) $250 if the lost or damaged property is glass that is part of a building;

we will not pay for that loss.

If the adjusted amount of loss exceeds:

(a) $1,000 (unless a larger deductible is shown in the Declarations or by endorsement); or

(b) $250 if the lost or damaged property is glass that is part of a building;

we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

2. If more than one deductible applies to Covered Property, as a result of one occurrence, you shall pay the highest applicable deductible.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

3. As respects Equipment Breakdown coverage:

The deductible(s) for Buildings and Business Personal Property shown in the Declarations apply(ies) unless a separate deductible for Equipment Breakdown is shown in the Declarations, or by endorsement hereto.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

If such deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage, or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

#### 1. Abandonment

There can be no abandonment of any property to us.

#### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, both parties may agree in writing and in advance to an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

#### 3. Duties In The Event Of Loss or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss and if feasible set the damaged property aside in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 90 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision, which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property except as otherwise provided in **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM**, subparagraph **A.4.e.(3)** Ordinance or Law – Coverage C – Increased Cost of Construction Coverage.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** an appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

a. Description of Terms

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Such building is vacant when it does not contain enough business personal property to conduct customary operations.

 **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

  **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

  **(ii)** Used by the building owner to conduct customary operations.

 **(2)** Buildings under construction or renovation are not considered vacant.

**b.** Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

 **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

  **(a)** Vandalism;

  **(b)** Sprinkler leakage, unless you have protected the system against freezing;

  **(c)** Building glass breakage;

  **(d)** Water damage;

  **(e)** Theft; or

  **(f)** Attempted theft.

 **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.  Consequential Damages**

We will pay for consequential damages resulting from a partial loss by a Covered Cause of Loss to your Covered Property.

Consequential damages means the loss of value of a part or parts of your product that are not physically damaged and are unmarketable as a complete product.

**8.  Pair or Sets**

We shall pay for loss or damage to a Pair or Set.

In case of loss to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between the value of the pair or set before and after the loss.

**9.  Branded or Labeled Merchandise**

You may extend the insurance that applies to Your Business Personal Property to apply to your expenses when you do not want to sell your damaged "stock" under your brand or label even though the damaged "stock" has a salvage value.

You have two options. You may:

**a.** Remove the brands or labels, if doing so will not physically damage the "stock". You must relabel the "stock" or its containers to comply with the law; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   **b.** Stamp "salvage" on the "stock" or its containers, if the stamp will not physically damage the "stock".

In either case, we will pay the difference between:

**a.** The salvage value of the damaged "stock" with the brand or label attached; and

**b.** The salvage value of the damaged "stock" with the brand or label removed.

**10. Valuation**

We will determine the value of Covered Property in the event of loss or damage, at the time of loss or damage, as follows:

**a.** At actual cash value, except as otherwise provided in this paragraph **10.**

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement. This provision does not apply to the following even when attached to the building:

   **(1)** Awnings or floor coverings;

   **(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

   **(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** "Tenants' improvements and betterments" at:

   **(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

   **(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   **(3)** Nothing if others pay for repairs or replacement.

**f.** Valuable Papers and Records, including those which exist as "electronic data" (other than prepackaged software "programs"), at the cost of:

   **(1)** Blank materials for reproducing the records; and

   **(2)** Labor to transcribe or copy the records when there is a duplicate.

**g.** Accounts Receivable

   **(1)** If you cannot accurately establish the amounts of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

      **(a)** Determine the total of the average monthly amount of accounts receivable for the 24 months immediately preceding the month in which the loss or damage occurs; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

  **(2)** The following will be deducted from the total amount of accounts receivable however that amount is established:

    **(a)** The amount of the accounts for which there is no loss or damage;

    **(b)** The amount of the accounts that you are able to re-establish or collect; and

    **(c)** An amount to allow for probable bad debts that you are normally unable to collect.

  **(3)** If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

**h.** "Fine arts" are valued at the appraised value at the time of loss, or if there is no appraisal, at the greater of:

  **(1)** the original acquisition cost, or

  **(2)** the market value at the time of loss.

**i.** "Computer equipment", "media", "electronic data", and "programs" loss payments as follows:

  **(1)** "Computer equipment" is valued at the total cost to repair or replace the damaged property without deduction for depreciation. However, we will not pay more than the actual cost to repair or replace the lost or damaged property with new property of the same kind, quality and capability, on the same site and used for the same purpose;

  **(2)** "Electronic data" and "programs" are valued at the actual cost to reproduce the data and "programs", if you actually reproduce the data and "programs". We will also pay any reasonable additional expense that you may incur in reproducing the data and "programs" to continue your normal computer operations. We will not pay for data and "programs" that cannot be reproduced due to lack of backup, support documentation or records unless specified articles are described and agreed values are shown in the Declarations. If shown, we will pay for each article lost at the agreed value.

  **(3)** "Media" items are valued at actual cost to repair or replace with similar like, kind and quality.

## F.  Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1.  Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.   Instead, we will determine the most we will pay using the following steps:

  **(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

  **(2)** Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

  **(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **(2)**; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(4)** Subtract the deductible from the figure determined in step **(3).**

We will pay the amount determined in step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance)

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $   1,000 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $ 40,000 x .50 = $20,000

Step **(4):** $ 20,000 – $1,000 = $19,000

We will pay no more than $19,000.  The remaining $21,000 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $   1,000 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000. x .80%= $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000 ÷ $200,000. = 1.00

Step (3): $40,000 x 1.00 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will cover the $39,000 loss in excess of the Deductible.   No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3:

When:

The value of the property is

| | |
|---|---|
| Bldg. at Location #1 | $ 75,000 |
| Bldg. at Location #2 | $100,000 |
| Personal Property at Location #2 | $ 75,000 |

109387 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

|                                                        |           |
|--------------------------------------------------------|-----------|
|                                                        | $250,000  |
| The Coinsurance percentage for it is                   | 90%       |
| The Limit of Insurance for Buildings                   |           |
| and Personal Property at Location                      |           |
| #1 & #2 is                                             | $180,000  |
| The Deductible is                                      | $  1,000  |
| The amount of loss is                                  |           |
| Bldg. at Location #2                                   | $ 30,000  |
| Personal Property at Location #2                       | $ 20,000  |
|                                                        | $ 50,000  |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $ 50,000 x .80 = $40,000

Step (4): $ 40,000 − $1,000 = $39,000

We will pay no more than $39,000.  The remaining $11,000 is not covered.

**2. Mortgageholders**

   a. The term mortgageholder includes trustee.

   b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Part will then apply directly to the mortgageholder.

   e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f.  If we cancel this policy, we will give written notice to the mortgageholder at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   g.  If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

   a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

      **(1)** On or after the effective date of this Optional Coverage; and

      **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Replacement Cost

Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form, subject to the following:

   a.  We will not pay more for loss or damage on a replacement cost basis than the least of:

      **(1)** The Limit of Insurance applicable to the lost or damaged property;

      **(2)** The cost to replace, on the same premises, the lost or damaged property with other property:

         **(a)** Of comparable material and quality; and

         **(b)** Used for the same purpose; or

      **(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

If a building is rebuilt at a new premises, the cost described in **a. (2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**b.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**c.** The valuation provisions as set forth in the Loss Condition, Valuation, of this Coverage Form for "stock", Valuable Papers and Records, Accounts Receivable, "fine arts", and "computer equipment", "media", "electronic data", and "programs", remain unchanged.

**d.** With respect to "tenants' improvements and betterments" per paragraph **10.e.** in the Loss Condition, Valuation, the following also apply:

**(1)** If the conditions in **b.(1)** and **b.(2)** above are not met, the value of "tenants' improvements and betterments" will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(2)** We will not pay for loss or damage to "tenants' improvements and betterments" if others pay for repairs or replacement.

Under the terms of this Replacement Cost Optional Coverage, "tenants' improvements and betterments" are not considered to be the property of others.

**e.** Replacement cost shall apply to coverage for property of others subject to the following limitations:

**(1)** Replacement cost does not apply to property of others that is gold, silver and other precious metals, diamonds, precious or semi-precious stones, jewelry, bullion watches, fur or items trimmed with fur;

**(2)** If an item(s) of property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the lesser of:

**(a)** the amount for which you are liable under such contract; or

**(b)** the replacement cost of the property; or

**(c)** the applicable Limit of Insurance.

**f.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## PREMIER CAUSES OF LOSS

Other words and phrases that appear in quotation marks have special meaning. Refer to Section G.- **Definitions**.

### A.  Covered Causes Of Loss

When Premier is shown in the Declarations, Covered Causes of Loss means Risks of Direct Physical Loss unless the loss is:

**1.**  Excluded in Section **B.**, Exclusions; or

**2.**  Limited in Section **C.**, Limitations;

that follow.

### B.  Exclusions

**1.**  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.  Earth Movement**

**(1)**  Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)**  Landslide, including any earth sinking, rising or shifting related to such event;

**(3)**  Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)**  Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **a.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)**  Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)**  Airborne volcanic blast or airborne shock waves;

**(b)**  Ash, dust or particulate matter; or

**(c)**  Lava flow.

All volcanic eruptions that occur within any 72-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**b.  Governmental Action**

Seizure or destruction of property by order of governmental authority.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**c. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**d. Utility Services**

Except as provided by Coverage Extension, **5.v.** in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM** the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to "business income" coverage or to "extra expense" coverage. Instead, the Special Exclusion in subparagraph **B.4.a.** in the **PREMIER CAUSES OF LOSS** section of this form applies to these coverages.

**e. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

This exclusion does not apply to the extent that coverage is provided by the Additional Coverage Extensions **F.3.** and **F.4.** in the **PREMIER CAUSES OF LOSS** section of this form.

As respects the Additional Coverage-Equipment Breakdown, if electrical "covered equipment" requires drying out because of Water, as described in Paragraphs**(1)** through **(5)** above, we will pay the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible indicated in the Declarations.

**g.Fungus, Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(2)** To the extent that coverage is provided in Paragraph **D. Additional Coverage-Limited Coverage For Fungus, Wet Rot, Dry Rot And Bacteria** of the PREMIER CAUSES OF LOSS section of this form with respect to loss or damage by a cause of loss other than fire or lightning.

**h.Ordinance or Law**

Except as provided in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM** by subparagraph **4.e.,** Additional Coverage, Ordinance or Law, the enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

109387 (02/13)                                                      Page 34 of 50

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filing 48304765                        VS                        05-2016-CA-047341-XXXX-XX

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage-Equipment Breakdown.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion of pavements, foundations, walls, floors, roofs or ceilings;

**(5)** Insects, birds, rodents or other animals, including the nesting or infestation, or discharge or release of waste products or secretions by such insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage-Equipment Breakdown.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss", "accident", or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage-Equipment Breakdown.

**f.** Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring during the hours of employment.

   This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion **k.** does not apply to damage to glass caused by chemicals applied to the glass.

l. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Maintenance, design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction unless the loss or damage is directly attributable to the operations or work performed on the property that is lost or damaged; or

      (3) Materials used in repair, construction, renovation or remodeling;

      of part or all of any property on or off the described premises.

4. **Special Exclusions**

   The following provision applies to "business income" and "extra expense" as covered by this policy.

   We will not pay for:

   a. Except as provided in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM** by by paragraph **5.w.** Coverage Extension, Utility Services-Time Element or in the **PREMIER CAUSES OF LOSS** section by paragraph E. Additional Coverage-Equipment Breakdown, any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

109387 (02/13)                                                                 Page 36 of 50

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

**b. Interruption Of Computer Operations**

**(1)** Coverage for "business income" does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided in the **PREMIER CAUSES OF LOSS** section of this form by subparagraph **F.6.** Additional Coverage Extension-- Interruption of Computer Operations.

**(2)** Coverage for "extra expense" does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided in the **PREMIER CAUSES OF LOSS** section of this form by subparagraph **F.6.** Additional Coverage Extension-- Interruption of Computer Operations.

**c.** Any loss caused by or resulting from:

**(1)** Damage or destruction of "finished stock"; or

**(2)** The time required to reproduce "finished stock".

This exclusion does not apply to "extra expense".

**d.** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**e.** Any increase of loss caused by or resulting from:

**(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the "business income" and "extra expense" coverage as provided by this policy.

**f.** Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**g.** Any other consequential loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to:

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This limitation does not apply to the extent that coverage is provided by Additional Coverage-Equipment Breakdown.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage-Equipment Breakdown.

c. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

d. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

    (1) Glass;

    (2) Containers of property held for sale; or

    (3) "Fine arts".

**3. Furs, Jewelry, Stamps and Other Specified Items**

The most we will pay for loss of or damage, by theft, and mysterious disappearance, to all property shown below up to the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence.

The property for which this limitation applies is:

a. furs, fur garments and garments trimmed with fur.

b. jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item. .

c. stamps, tickets, including lottery tickets held for sale, and letters of credit.

These limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

**D. Additional Coverage – Limited Coverage For Fungus, Wet Rot, Dry Rot And Bacteria**

1. The coverage described in D.2. and D.6. only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **D.2.** of this Limited Coverage is limited to the limit shown in the **COUNTRY CLUB PREMIER PROPERTY SUPPLEMENTAL DECLARATIONS**. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of the limit shown in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form.

**6.** The following, **6.a.** or **6.b.**, applies to "business income" and/or "extra expense" coverage at the described premises but only if the "suspension" of "operations" satisfies all terms and conditions of the applicable "business income" and/or "extra expense" coverage in this policy.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under "business income" and/or "extra expense" is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**7.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance for "business income" and/or "extra expense" coverage provided in this policy.

**8.** This Limited Coverage does not apply to Section **A**, subparagraph **1b.** Golf Holes **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM**.

**E. Additional Coverage-Equipment Breakdown**

The most we will pay for loss or damage under this Additional Coverage – Equipment Breakdown arising from any one "accident" is the Limit of Insurance shown in the Declarations, or by endorsement hereto. Limits for this Additional Coverage – Equipment Breakdown are included in, and are not in addition to, Limits of Insurance for Covered Property.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. The following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

   a. Expediting Expenses

   With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

   (1) make temporary repairs; and

   (2) expedite permanent repairs or permanent replacement.

   The most we will pay for loss, damage or expense under this coverage is the limit indicated in the Supplemental Declarations.

   b. Hazardous Substances

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this Additional Coverage – Equipment Breakdown, additional costs mean those beyond what would have been payable under this coverage had no "hazardous substance" been involved.

   The most we will pay for loss, damage or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, if shown as covered, is the limit indicated in the Supplemental Declarations.

   c. Spoilage

   (1) We will pay:

      (a) for physical damage to "perishable goods" due to spoilage;

      (b) for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

      (c) any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

   (2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition of the Building and Personal Property Coverage Form.

   The most we will pay for loss, damage or expense under this coverage is the limit indicated in the Supplemental Declarations.

   d. Computer Equipment

   We will pay for loss, damage or expense caused by or resulting from an "accident" to "computer equipment".

   The most we will pay for loss, damage or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, if shown as covered, is the limit indicated in the Supplemental Declarations. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

   e. Data Restoration

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, if shown as covered, is the limit indicated in the Supplemental Declarations.

**f.** Service Interruption

**(1)** Any insurance provided for "business income", "extra expense" or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility, or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** Unless otherwise shown in the Declarations or Equipment Breakdown – Other Conditions Endorsement, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

**(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to "business income", "extra expense" or Spoilage, except that if a limit is shown in the Supplemental Declarations for Service Interruption, that limit will apply to "business income" and "extra expense" loss under this Service Interruption coverage.

**g.** Business Income and Extra Expense

Any insurance provided under this policy for "business income" or "extra expense" is extended to Equipment Breakdown coverage.

The most we will pay for loss of "business income" you sustain or necessary "extra expense" you incur is the limit shown in the Supplemental Declarations for that coverage.

**3.** In addition to all other exclusions and limitations, we will not pay under this coverage for loss, damage or expense caused by or resulting from:

**a.** Any defect, programming error, programming limitation, computer virus, hacking, malicious code, loss of "electronic data", loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**b.** Any of the following tests:

a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

c. Misalignment, miscalibration, tripping off –line, or any condition that can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance. But if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**4.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for explosion of steam boilers, steam pipes, steam engines or steam turbines); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. With respect to "business income", "extra expense" and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

6. We will not pay under this coverage for any loss or damage to animals.

7. The following conditions are added:

   a. Suspension

   Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

   (1) your last known address; or

   (2) the address where the "covered equipment" is located.

   Once suspended in this way, your insurance can be reinstated only by an endorsement for the "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

   b. Jurisdictional Inspections

   If any property that is "covered equipment" under this coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

   c. Environmental, Safety and Efficiency Improvements

   If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which actual cash value applies.

F. **Additional Coverage Extensions**

   1. **Property In Transit Or In The Custody of Salespersons**

   You may extend the insurance that applies to Your Business Personal Property and/or to Property of Others to apply to your Covered Property that is more than 1,000 feet from the property line of the described premises while in transit, or in the custody of sales persons. This coverage shall not apply to:

   a. property at a fair, trade show or exhibit; or

   b. Property of Others for which you are responsible as a carrier for hire, as a shipper, or hauler. We shall pay for those shipments in the custody or a carrier under a "shipping document". We will pay for shipments by mail only if registered.

   This Additional Coverage Extension also applies to your interest in shipments sold Free on Board. When the title of a shipment passes to the consignee and if the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this insurance. We will not attempt to collect from the consignee unless you:

   a. Provide us with your written consent to do so; and

   b. Assign us your right of action.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The most we will pay for loss or damage under this Additional Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

This Additional Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damages loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Additional Coverage Extension does not increase the Limit of Insurance.

**3. Limited Water Damage Coverage**

We will pay for direct physical loss or damage to Covered Property and the actual loss of "business income" you sustain or necessary "extra expense" incurred, as covered by this policy, caused by water and water-borne material that:

**a.** Accumulate on the surface of the ground at the described premises as a result of rain, snow, sleet or hail; or

**b.** Accumulate under the ground from any source and press on, flow or seep through:

**(1)** Foundations, walls, floors or paved surfaces;

**(2)** Basements, whether paved or not; or

**(3)** Doors, windows or other openings.

However, we will not pay for any physical damage or loss caused by or resulting from runoff of surface water from any source.

This coverage will not apply to property located wholly or partially within Special Flood Hazard Areas (SFHAs), areas of 100 year flooding, as defined by the Federal Emergency Management Agency (FEMA).

The coverage described in **F.3.a. and b.** is limited to the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS,** in any one occurrence.

Exclusions **B.1.f.(1)** and **(4)** do not apply to the extent that they conflict with this Additional Coverage Extension.

**4. Back-up of Sewers or Drains**

We will pay for direct physical loss or damage to Covered Property solely caused by water or other materials that back up from a sewer or drain.

The most we will pay for loss or damage caused directly or indirectly by water or other materials that back up, overflow or discharge from a sewer or drain is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

Exclusions **B.1.f.(3)** does not apply to this Additional Coverage Extension.

**5. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Additional Coverage Extension **F.5.** does not increase the Limit of Insurance.

**6. Interruption Of Computer Operations**

    **a.** Subject to all provisions of this Additional Coverage Extension, you may extend the insurance that applies to "business income" and "extra expense" to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

    **b.** With respect to the coverage provided under this Additional Coverage Extension, the Covered Causes of Loss are subject to the following:

        **(1)** Coverage under this Additional Coverage Extension – Interruption Of Computer Operations is limited to the "specified causes of loss" as set forth in the **PREMIER CAUSES OF LOSS** section of this form.

        **(2)** If the **PREMIER CAUSES OF LOSS** section of this form is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage Extension – Interruption Of Computer Operations.

    **c.** The most we will pay under this Additional Coverage Extension – Interruption of Computer Operations is the limit shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS** for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

    **d.** This Additional Coverage Extension – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in the **COUNTRY CLUB PREMIER PROPERTY SUPPLEMENTAL DECLARATIONS** as referenced above has not been exhausted.

    **e.** The coverage provided under this Additional Coverage Extension does not increase the applicable Limit of Insurance for "business income" and/or "extra expense" coverage provided in this policy.

**7. Virus and Hacking**

We cover direct physical loss to covered "computer equipment", "electronic data", "media" or "programs", and your Web site caused by a computer virus or by computer hacking.

However, we do not cover:

    **a.** loss of exclusive use of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

    **b.** loss of or reduction in economic or market value of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

   **c.** theft from your "electronic data" or proprietary "programs" of confidential information through the observation of the "electronic data" or proprietary "programs" by accessing covered "computer equipment", your computer network, or your Web site without any alteration or other physical loss or damage to the records or "programs".

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

Computer hacking means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "computer equipment", "electronic data", "media" or "programs", a Web site, or a computer network and that results in but is not limited to:

**a.** deletion, destruction, generation, or modification of "software";

**b.** alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

**c.** observation, scanning, or copying of "electronic data" or "media" and proprietary "programs";

**d.** damage, destruction, inadequacy, malfunction, degradation, or corruption of any "computer equipment" or "media" used with "computer equipment"; or

**e.** denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

Computer virus means the introduction into "computer equipment", "electronic data", "media" or "programs", or a Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

**a.** deletion, destruction, generation, or modification of "electronic data", "media" or "programs";

**b.** alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

**c.** damage, destruction, inadequacy, malfunction, degradation, or corruption of any "computer equipment" or "media" used with "computer equipment"; or

**d.** denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

The most we pay under this Additional Coverage Extension for all covered losses during each separate 12 month period of this policy is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

8. **Additional Spoilage**

   Except as otherwise covered by paragraph **E.** Additional Coverage – Equipment Breakdown, we shall pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

   **a.** Only the following Exclusions in Paragraph **B.1.** of the **PREMIER CAUSES OF LOSS** section of the form are applicable to this Additional Coverage Extension:

      **(1)** Earth Movement;

      **(2)** Governmental Action;

      **(3)** Nuclear Hazard;

      **(4)** War And Military Action; and

      **(5)** Water.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

    **b.** In addition, the following Exclusions apply to this Additional Coverage Extension:

    We will not pay for loss or damage caused by or resulting from:

      **(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

      **(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

      **(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

        **(a)** Lack of fuel; or

        **(b)** Governmental order.

      **(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

      **(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

    The most we pay under this Additional Coverage Extension is the limit as shown on the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

## G. Definitions

  **1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

    **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

    **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

    If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

  **2.** "Boilers and vessels" means:

    **a.** Any boiler, including attached steam, condensate and feedwater piping; and

    **b.** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

    This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

  **3.** "Business income" means the:

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    **b.** Continuing normal operating expenses necessarily incurred, including payroll.

  **4.** "Computer equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

operations.  Computer equipment shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

5.  "Covered equipment"

  a.  "Covered equipment" means Covered Property, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement:

    (1) that generates, transmits or utilizes energy, including electronic communications and data processing equipment, or

    (2) which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

  b.  None of the following is "covered equipment":

    (1) structure, foundation, cabinet or compartment;

    (2) insulating or refractory material;

    (3) sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

    (4) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    (5) vehicle or any equipment mounted on a vehicle.  For the purpose of this limitation, vehicle means, any machine or apparatus that is used for transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.  However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

    (6) satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    (7) dragline, excavation or construction equipment; or

    (8) equipment manufactured by you for sale.

4.  "Electronic data" means information, instruction, or "programs" that are recorded on your media, including original source material used to enter data.

7.  "Extra expense" means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay "extra expense" (other than the expense to repair or replace property) to:

  a.  Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

  b.  Minimize the "suspension" of business if you cannot continue "operations".

We will also pay "extra expense" to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form, or to the extent provided by paragraph **A.5.q.**- Expediting Expense of this Coverage Form.

8.  "Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

9.  "Finished stock" means stock you have manufactured.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for "business income" in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**10.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**11.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**12.** "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which can be read by your electronic data processing equipment.

**13.** "Operations" means your business activities occurring at the described premises.

**14.** "Period of restoration" means the period of time that:

    a. Begins:

        **(1)** For "Business Income" coverage, except Off-Premises Utility Failure-Time Element: Immediately after the time of direct physical loss or damage unless otherwise amended by endorsement hereto;

        **(2)** For Off-Premises Utility Failure: 72 hours after the time of direct physical loss or damage unless otherwise amended by endorsement hereto;

        **(3)** For "Extra Expense" coverage: Immediately after the time of direct physical loss or damage; and

        **(4)** For equipment breakdown:

            **(a)** **(1)** and **(3)** above shall apply, except;

            **(b)** Off-Premises Utility Failure-Time Element- 24 hours after the time of direct physical loss or damage; except

            **(c)** If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four (24) consecutive hours

            **(d)** If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

            The ADV (Average Daily Value) will be the "Business income" (as defined in any "Business income" coverage that is part of the policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the "business income" not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the "business income" value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The number indicated in the Declarations will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible; or

(e) If a deductible for Equipment Breakdown is shown in the Equipment Breakdown – Other Conditions Endorsement, then as respects Equipment Breakdown Coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Equipment Breakdown – Other Conditions Endorsement will apply;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**a.** Regulates the construction, use or repair, or requires the tearing down of any property; or

**b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

If more than one "period of restoration" applies to "business income" and "extra expense" coverages as the result of one occurrence, or one accident, the longest single applicable waiting period shall apply.

The expiration date of this policy will not cut short the "period of restoration".

**15.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**16.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**17.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

**18.** "Programs" means software that are purchased or written specifically to be used with "computer equipment".

**19.** "Shipping document" means a tariff document, bill of lading, shipping receipt, freight bill or contract for services.

**20.** "Specified causes of loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

      **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

**21.** "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**22.** "Suspension" means the slowdown or cessation of your business activities.

**23.** "Tenants' improvements and betterments" means fixtures, alterations, installations or additions:

   **a.** made a part of a building you occupy, but do not own; and

   **b.** you acquired or made at your expense but cannot legally remove.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987
vs

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc.,  1983,
VS                                  1987

**CP 00 90 07 88** □
05-2016-CA-047341-XXXX-XX

# STANDARD PROPERTY CONDITIONS

This endorsement effective 6/1/2015      , forms a part of Policy Number 41-LX-024058875-1

issued to Fore Golf Associates Management, L.L.C.                              by Lexington Insurance
Company (hereinafter called "the Company").

In consideration of the premium charged, the following clauses are hereby made applicable under
this policy.

## MINIMUM EARNED PREMIUM CLAUSE
### LOCATION # 1, 2, 3, 4, 5, 6, 7, 8, 9

In the event of cancellation of this policy by the Insured, a minimum premium of 25% shall
become earned, any provision of the policy to the contrary notwithstanding.

Failure of the Insured to make timely payment of premium shall be considered a request by the
Insured for the Company to cancel on the Insured's behalf. In the event of such cancellation for
non-payment of premium, the minimum earned premium shall be due and payable; provided,
however, such cancellation shall be rescinded if the Insured remits and the Company receives
the full policy premium with 10 days after the date of issuance of the cancellation notice. Such
remittance and acceptance by the Company shall not effect the minimum earned premium
provision of this endorsement.

In the event of any other cancellation by the Company, the earned premium shall be computed
pro-rata, not subject to the minimum earned premium.

## POLICY DEDUCTIBLE

Each claim for loss or damage separately occurring shall be adjusted separately and from each
such adjusted claim, the amount of $5,000 shall be deducted. Notwithstanding the foregoing, the
deductible amount applying to certain peril(s) insured against by this policy shall be as follows:

Refer to Windstorm or Hail Deductible Endorsement #89556 (06/05)   as respects to loss or
damage caused by wind or hail.

In the event of any other insurance covering the property insured hereunder, whether or not
concurrent, the deductible(s) specified herein shall apply in full against that portion of any claim
for loss or damage which the Company is called upon to pay under the provisions of the
Apportionment Clause irrespective of any provisions to the contrary of such other insurance.

## CANCELLATION CLAUSE

Except and to the extent of the Minimum Earned Premium Clause which is part of this policy, this
clause supersedes other cancellation clauses made a part of this policy.

CANCELLATION: This policy may be cancelled by the Insured by surrender thereof to the
Company or by mailing to the Company written notice stating when thereafter such cancellation
shall be effective. This policy may be cancelled by the Company by mailing to the Insured, at the
mailing address shown in this policy or last known address, written notice, stating when, not less
than      days thereafter (10 days for non-payment of premium) such cancellation shall be
effective. The effectiveness of cancellation is not dependent on the return of unearned premium
with the notice. Proof of mailing of notice as aforesaid shall be sufficient proof of notice. The
effective date and hour of cancellation stated in the notice shall become the end of the policy
period. Delivery of such written notice either by the Insured or the Company shall be equivalent to

mailing. If the Insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment shall be made as soon as practicable after cancellation becomes effective.

## SERVICE OF SUIT CLAUSE

Service of Suit: In the event of failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States. It is further agreed that service or process in such suit may be made upon Counsel, Legal Department, Company stated on Declarations, 100 Summer Street, Boston, Massachusetts, 02110-2103, or his or her representative, and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, other officer specified for that purpose in the statute, or his successor or successors in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this policy of insurance and hereby designates the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

## WAR RISK EXCLUSION CLAUSE

The Company shall not be liable for any loss, caused directly or indirectly, by (1) hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating or defending against an actual, impending or expected attack (a) by government or sovereign power (dejure or de facto) or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or force (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war, whether or not its discharge was accidental; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by government authority in hindering, combating, or defending against such an occurrence, seizure or destruction; (4) any consequence of any of the foregoing.

## NUCLEAR EXCLUSION CLAUSE

The Company shall not be liable for loss by nuclear reaction or nuclear radiation or radioactive contamination all whether controlled or not, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) insured against in this policy. If the peril of fire is insured under this policy, then, subject to the foregoing and all provisions of this policy, direct loss by fire resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this policy.

## SALVAGE AND RECOVERY CLAUSE

All salvages, recoveries and payments recovered or received either prior or subsequent to a loss settlement under this policy shall be applied as if recovered or received prior to the said settlement and all necessary adjustments shall be made by the parties hereto, including deduction of the Company's cost of recovery or salvage.

## REPORTING CLAUSE

Notwithstanding that the Insured may be obligated to report full values for premium purposes, the Company's maximum limit of liability shall not exceed that amount stated as the policy limit of liability.

## PROOF OF LOSS AND PAYMENT

The Insured shall complete and sign a sworn proof of loss within ninety (90) days after the occurrence of a loss (unless such period be extended by the written agreement of the Company) stating the time, place and cause of loss, the interest of the Insured and of all others in the property, the sound value thereof and the amount of loss or damage thereto, and all other insurance thereon. All adjusted claims shall be due and payable thirty (30) days after the presentation and acceptance of satisfactory proof(s) of loss at the office of the Company at 100 Summer Street, Boston, Massachusetts 02110-2103.

## GOVERNMENT ACTIVITY CLAUSE

The Company shall not be liable for loss or damage caused by or resulting from: (1) the seizure or destruction of property insured by this policy by any government body, including any customs or quarantine action, or (2) confiscation or destruction of any property by order of any government or public authority, except an order to destroy property to prevent the spread of fire or explosion.

IN WITNESS WHEREOF, the Company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned in the Declarations by one of its duly authorized representatives.

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**FUNGUS EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY – CAUSE OF LOSS – SPECIAL FORM

Section B. EXCLUSIONS, 2.d. (2) is amended to read:

Rust, corrosion, fungus, mold, mildew, decay, deterioration, hidden or latent defect or any quality  in property that causes it to damage or destroy itself;

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 6/1/2015 at 12:01 A.M. forms a part of

Policy No. 41-LX-024058875-1 Issued to: Fore Golf Associates Management, L.L.C.

By: Lexington Insurance Company

## FOOD CONTAMINATION COVERAGE ENDORSEMENT

It is hereby agreed that the following amendments to the policy shall apply:

Additional Coverages or Supplemental Coverages are amended to include the following at the end thereof:

**Food Contamination Coverage**

If the Board of Health or other governmental body orders a premises described in the Declarations, or otherwise described in this policy, closed due to discovery or suspicion of food contamination, or if any governmental body, or you, make an announcement warning the public of a health hazard because of the discovery or suspicion of food contamination at the described premises:

1. We will pay for the following, subject to the deductible applicable to Covered Property shown in the Declarations:

    a. Cost to replace consumable food that is declared contaminated by the local Board of Health or other governmental body, or consumable food that is suspected to be contaminated;
    b. The cost of necessary medical tests or vaccinations for your employees; and
    c. The cost to clean up your equipment as required by the Board of Health or any other governmental body;

2. We will also extend coverage for Business Income and Extra Expense, if covered by this policy, to include:

    a. The actual loss of Business Income you sustain due to the necessary suspension of your "operations";
    b. The cost of additional expense in advertising to restore your reputation; and
    c. Payroll expenses for all employees until the Covered Property has been cleared to re-open by the local Board of Health or other governmental body.

The most we will pay for Food Contamination loss on the Covered Property for any one occurrence is $50,000. The total Limit of Insurance we will pay for all losses due to Food Contamination in any one policy year, at any premises described in the Declarations or otherwise described in this policy is $50,000.

The Food Contamination Limit of Insurance is in addition to the Limits for Covered Property shown in the Declarations.

3.  With respect to this endorsement, Food Contamination is defined as the following:

    An incidence of food poisoning to one or more of your guests, patrons, or invitees as a result of:
    a.  Tainted food you purchased;
    b.  Food which has been improperly stored, handled, or prepared; or
    c.  A communicable disease transmitted through your employee(s).

4.  We shall not be liable under this Food Contamination coverage for any fines or penalties levied against you by the Board of Health, or any other governmental authority, as a result of the discovery or suspicion of food contamination at a premises described in the Declarations or otherwise described in this policy.

All other terms, conditions, and exclusions of the policy shall remain unchanged.

_____

AUTHORIZED REPRESENTATIVE

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m.  6/1/2015  forms a part of Policy No.  41-LX-024058875-1

.issued to  Fore Golf Associates Management, L.L.C.  by  Lexington Insurance Company

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

PREMIER CAUSES OF LOSS – COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

A. The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

C. With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

D. The following provisions in this Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

E. The terms of the exclusion in Paragraph B., or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

All other terms and conditions of the policy remain the same.

Authorized Representative

113673 (05/13)

Includes copyrighted material of Insurance Services Office, Inc., with its permission. All rights reserved.

Page 1 of 1

POLICY NUMBER:  41-LX-024058875-1

COMMERCIAL PROPERTY
CP 15 56 06 07

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESS INCOME CHANGES –
# BEGINNING OF THE PERIOD OF RESTORATION

This endorsement modifies insurance provided under the following:
Applicable to Location #1, #2, #3, #4, #5, #6, #7, #8, #9

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

## SCHEDULE

| Select Either A. Or B. |
| --- |
| A. [ ] 72-Hour Time Period Is Replaced By 24 Hours |
| B. [X] 72-Hour Time Period Is Eliminated |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** If the Schedule indicates that the 72-hour time period is replaced by 24 hours, then:

1. The 72-hour time period in the definition of "period of restoration" is replaced by 24 hours. Therefore, the period of restoration for Business Income Coverage begins 24 hours after the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

2. The 72-hour time period in the Civil Authority Additional Coverage is replaced by 24 hours. Therefore, coverage under the Additional Coverage – Civil Authority begins 24 hours after the time of action of civil authority, subject to all other provisions of that Additional Coverage.

**B.** If the Schedule indicates that the 72-hour time period is eliminated, then:

1. The 72-hour time period in the definition of "period of restoration" is deleted. Therefore, the period of restoration for Business Income Coverage begins at the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

2. The 72-hour time period in the Civil Authority Additional Coverage is deleted. Therefore, coverage under the Additional Coverage – Civil Authority begins at the time of action of civil authority, subject to all other provisions of that Additional Coverage.

## COUNTRY CLUB PREMIER BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F. – Definitions**

### A. Coverage

**1. Business Income**

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**a.** Business Income including "Rental Value".

**b.** Business Income other than "Rental Value".

**c.** "Rental Value".

If option a. above is selected, the term Business Income will include "Rental Value". If option c. above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**a.** The portion of the building which you rent, lease or occupy; and

**b.** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

109386 (02/13)

Page 1 of 14

Includes copyrighted material of Insurance Services Office, Inc. with its permission

If coverage is provided under this policy for Outdoor Trees, Shrubs, Plants and Lawns, we will pay for the actual loss of Business Income you sustain and the necessary Extra Expense you incur due to the direct physical loss or damage caused by or resulting from only those Covered Causes of Loss applicable to Outdoor Trees, Shrubs, Plants and Lawns.  If we do not provide coverage for Outdoor Trees, Shrubs, Plants and Lawns, we will not pay for any Business Income loss resulting from loss or damage to such property.

2.  **Extra Expense**

   a.  Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

   b.  Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

   We will pay Extra Expense (other than the expense to repair or replace property) to:

   (1)  Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

   (2)  Minimize the "suspension" of business if you cannot continue "operations".

   We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form or to the extent provided by paragraph **A.5.q.**- Expediting Expense of the **COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM.**

3.  **Covered Causes Of Loss, Exclusions And Limitations**

   See the **PREMIER CAUSES OF LOSS – COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM.**

4.  **Additional Limitation – Interruption of Computer Operations**

   See Paragraph **B.4.b.** of the **PREMIER CAUSES OF LOSS – COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM**

5.  **Additional Coverages**

   a.  **Civil Authority**

   We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

   The coverage for Business Income will begin at the time of that action and will apply for a period of up to four (4) consecutive weeks after coverage begins.

   The coverage for Extra Expense will begin immediately after the time of that action and will end:

   (1)  Four (4) consecutive weeks after the time of that action; or

   (2)  When your Business Income coverage ends;

   whichever is later.

**b.  Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)**  New buildings or structures, whether complete or under construction;

**(2)**  Alterations or additions to existing buildings or structures; and

**(3)**  Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

**(a)**  Used in the construction, alterations or additions; or

**(b)**  Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c.  Extended Business Income**

**(1)**  Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)**  Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)**  Ends on the earlier of:

**(i)**  The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)**  180 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)**  "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)**  Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)**  Ends on the earlier of:

**(i)**  The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)**  180 consecutive days after the date determined in **(2)(a)** above.

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**6. Coverage Extensions**

These Extensions are additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

Insurance provided by this Coverage Part is extended as follows:

**a. Newly Acquired or Constructed Property**

(1) You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

(2) The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is the limit shown in the Supplemental Declarations at each location.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**b. Dependent Property**

We shall pay for the actual loss of your business income caused by or resulting from:

(1) the necessary suspension of your operations during the "period of restoration"; and

(2) direct physical loss or damage by a Covered Cause of Loss to your dependent property.

Dependent Property means property operated by others which you depend on to:

(1) Deliver materials or services to you, or to others for your account (Contributing Locations). These services shall not include water, communication, or power supply services;

(2) Accept your products or services (Recipient Locations);

(3) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

(4) Attract customers to your business (Leader Locations).

The most we will pay for loss or damage under this Coverage Extension is the limit shown in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

109386 (02/13)

    **c. Lease Cancellation Moving Expense**

        Extra Expense coverage is extended to include any moving expenses incurred by you that result from the cancellation of a lease at your premises described in the Declarations, provided that such lease cancellation occurs as a result of direct physical loss or damage to such premises by a Covered Cause of Loss.

        The most we will pay for loss or damage under this Coverage Extension is the limit shown in the **COUNTRY CLUB PREMIER PROPERTY COVERAGE SUPPLEMENTAL DECLARATIONS.**

**B. Limits Of Insurance**

  The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

  Payments under the following coverages will not increase the applicable Limit of Insurance:

  **1.** Alterations and New Buildings;

  **2.** Civil Authority;

  **3.** Extra Expense; or

  **4.** Extended Business Income.

**C. Loss Conditions**

  The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

  **1. Appraisal**

    If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

    The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

  **2. Duties In The Event Of Loss**

    **a.** You must see that the following are done in the event of loss:

      **(1)** Notify the police if a law may have been broken.

      **(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

      **(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

      **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    **(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

  **c. Resumption Of Operations**

    We will reduce the amount of your:

    **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

    **(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

  We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

  **a.** We have reached agreement with you on the amount of loss; or

  **b.** An appraisal award has been made.

**D. Additional Condition**

  **Coinsurance**

  If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

  We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

  **1.** The Coinsurance percentage shown for Business Income in the Declarations; times

  **2.** The sum of:

    **a.** The Net Income (Net Profit or Loss before income taxes), and

    **b.** Operating expenses, including payroll expenses,

    that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

  Instead, we will determine the most we will pay using the following steps:

  **1.** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

  **2.** Divide the Limit of Insurance for the described premises by the figure determined in Step **1.**; and

  **3.** Multiply the total amount of loss by the figure determined in Step **2.**

  We will pay the amount determined in Step **3.** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Prepaid freight – outgoing;

2. Returns and allowances;

3. Discounts;

4. Bad debts;

5. Collection expenses;

6. Cost of raw stock and factory supplies consumed (including transportation charges);

7. Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| | | | |
|---|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $ | 400,000 |
| | The Coinsurance percentage is | | 50% |
| | The Limit of Insurance is | $ | 150,000 |
| | The amount of loss is | $ | 80,000 |
| Step 1: | $400,000 x 50% = $200,000 | | |
| | (the minimum amount of insurance to meet your Coinsurance requirements) | | |
| Step 2: | $150,000 ÷ $200,000 = .75 | | |
| Step 3: | $80,000 x .75 = $60,000 | | |

We will pay no more than $60,000. The remaining $20,000 is not covered.

109386 (02/13)

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $ 400,000

The Coinsurance percentage is 50%

The Limit of Insurance is $ 200,000

The amount of loss is $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

   **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   **b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

   **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

   **(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

   **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

   **(1)** The Limit of Insurance, multiplied by

   **(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The Limit of Insurance is $ 120,000

The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | | |
|---|---|---|
| Days 1-30 | $ | 40,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 90,000 |

We will pay:

| | | |
|---|---|---|
| Days 1-30 | $ | 30,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

   **a.** To activate this Optional Coverage:

      **(1)** At our request, a Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

         **(a)** During the 12 months prior to the date of the Work Sheet; and

         **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

      **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

         **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

         **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

   **b.** The Additional Condition, Coinsurance, is suspended until:

      **(1)** 12 months after the effective date of this Optional Coverage; or

      **(2)** The expiration date of this policy whichever occurs first.

   **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit, at our request, a new Work Sheet and Agreed Value:

      **(1)** Within 12 months of the effective date of this Optional Coverage; or

      **(2)** When you request a change in your Business Income Limit of Insurance.

   **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

      **(1)** The Business Income Limit of Insurance; divided by

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(2)** The Agreed Value.

**Example:**

When:     The Limit of Insurance
          is                            $    100,000

          The Agreed Value is          $    200,000

          The amount of loss is        $     80,000

Step **(a):**    $100,000 ÷ $200,000 = .50

Step **(b):**    .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**F.  Definitions**

   **1.**  "Accident" means a fortuitous event that causes direct physical damage to covered equipment. The event must be one of the following:

   **a.**  mechanical breakdown, including rupture or bursting caused by centrifugal force;

   **b.**  artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   **c.**  explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   **d.**  loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   **e.**  loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

   If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

   Covered equipment means Covered Property, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement:

   **(1)**  that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

   **(2)**  which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   None of the following is covered equipment:

   **(1)**  a structure, foundation, cabinet, compartment or air supported structure or building;

   **(2)**  insulating or refractory material;

   **(3)**  sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

   **(4)**  water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

   **(5)**  vehicle or any equipment mounted on a vehicle. For the purpose of this limitation, vehicle means, any machine or apparatus that is used for

109386 (02/13)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

    **(6)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

    **(7)** dragline, excavation or construction equipment; or

    **(8)** equipment manufactured by **you** for sale.

**2.** "Electronic data" means information, instruction, or "programs" that are recorded on your "media", including original source material used to enter data.

**3.** "Finished Stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**4.** "Operations" means:

    **a.** Your business activities occurring at the described premises; and

    **b.** The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**5.** "Period of Restoration" means the period of time that:

    **a.** Begins:

        **(1)** For Business Income coverage except Off-Premises Utility Failure: Immediately after the time of direct physical loss or damage unless otherwise amended by endorsement hereto;

        **(2)** For Off-Premises Utility Failure: 72 hours after the time of direct physical loss or damage unless otherwise amended by endorsement hereto;

        **(3)** For Extra Expense coverage: Immediately after the time of direct physical loss or damage; and

        **(4)** For equipment breakdown:

            **(a)** **(1)** and **(3)** above shall apply; and

            **(b)** Off-Premises Utility Failure-Time Element: 24 hours after the time of direct physical loss or damage; except

            **(c)** If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four (24) consecutive hours; or

            **(d)** If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

            The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of the policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction

shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Declarations will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible; or

(e) If a deductible for Equipment Breakdown is shown in the Equipment Breakdown – Other Conditions Endorsement, then as respects Equipment Breakdown Coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Equipment Breakdown – Other Conditions Endorsement will apply;

caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

If more than one "period of restoration" applies to business income and extra expense coverages as the result of one occurrence, or one accident, the longest single applicable waiting period shall apply.

The expiration date of this policy will not cut short the "period of restoration".

6. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

7. "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

109386 (02/13)

           **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**8.** "Suspension" means:

  **a.** The slowdown or cessation of your business activities; or

  **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property:     Lease #8231581 |
|---|
| Loss Payee Name:          Pitney Bowes Credit Corporation<br>Loss Payee Address:<br>                                        2225 American Drive<br>                                        Neenah, WI 54956-1005 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. Contract Of Sale Clause

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| **Description Of Property:** | Lease #73H07R |

| | |
|---|---|
| **Loss Payee Name:** | Club Car, Inc. |
| **Loss Payee Address:** | |
| | 3375 All American Boulevard |
| | Orlando, FL 32810 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| Description Of Property:   Lansbrook Golf Club  Lease #4012954 | |
| Loss Payee Name: | TCF Equipment Finance, Inc. |
| Loss Payee Address: | |
| | PO Box 1620 |
| | Waterloo, IA 50704 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. Contract Of Sale Clause

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

VS          © ISO Properties, Inc., 2007          05-2016   CP 12 18 06 07   Page XX of XX

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property: | Lease #40552487-1 |
|---|---|
| Loss Payee Name:<br>Loss Payee Address: | Danwood America, Inc |
| | P. O. Box 3886 |
| | Bellevue, WA 98009 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.): C | |
|---|---|---|---|---|---|
| **1** | | **1** | | | |

| Description Of Property: | Loan #01-1061339 (Mortgagee) |
|---|---|

| **Loss Payee Name:** | Tara-Manatee, Inc. |
|---|---|
| **Loss Payee Address:** | |
| | 3050 N. Horseshoe Dr., Suite 105 |
| | Naples, FL 34104 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© ISO Properties, Inc., 2007

CP 12 18 06 07

Filing 48304765          VS          05-2016-CA-047341-XXXX-XX

POLICY NUMBER: 41-LX-024058875-1

**COMMERCIAL PROPERTY**
**CP 12 18 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property:   Lease #132161000 & 169076000 |
|---|

| Loss Payee Name:   PNC Equipment Finance, LLC ISAOA |
| Loss Payee Address: |
| PO Box 3547 |
| Bellevue, WA 98009--3547 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the Loss **Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C.  Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D.  Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

**COMMERCIAL PROPERTY**
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| **Description Of Property:** | Office equipment  Lease #25101774 |
| **Loss Payee Name:** | Modular Doc Solutions LLC |
| **Loss Payee Address:** | |
| | PO Box 41602 |
| | Philadelphia, PA 19101-1602 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

 (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

 (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

 (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

 All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

 (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

 (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

 At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

 For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Filing 48304785                     VS                © ISO Properties, Inc., 2007                    05-2016-CA-047341-XXXX-XX
CP 12 18 06 07 □

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.): C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property:   Lease #151559000 |
|---|
| Loss Payee Name:          PNC Equipment Finance, LLC<br>Loss Payee Address:<br><br>                          995 Dalton Ave<br>                          Cincinnati, OH 45203 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property:   Bayou and Bardmoor  Lease #169077000 |
|---|

| Loss Payee Name: | PNC Equipment Finance, LLC |
|---|---|
| Loss Payee Address: | |
| | 995 Dalton Ave |
| | Cincinnati, OH 45203 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C.** Loss Payable Clause

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D.** Lender's Loss Payable Clause

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| Description Of Property: | Lease #008-4013684-102 |
| Loss Payee Name:<br>Loss Payee Address: | TCF Equipment Finance, Inc. |
| | 1111 West San Marnan Drive<br>Waterloo, IA 50701 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

C. **Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D. **Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

Filing 48304765                  VS                                              05-2016-CA-047341-XXXX-XX

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© ISO Properties, Inc., 2007

VS

CP 12 18 06 07   □
05-2016-CA-047341-XXXX-XX

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| Description Of Property: | Lease #008-4013684-100 |
|---|---|

| Loss Payee Name: Loss Payee Address: | TCF Equipment Finance, Inc. 1111 West San Marnan Drive Waterloo, IA 50701 |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

C. **Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D. **Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

VS
© ISO Properties, Inc., 2007

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY<br>CP 12 18 06 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.): C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| Description Of Property: | (75) TXT 48 Electric Golf Cars valued at $2,849 per cart (1) Cushamn Hauler 1200 Gas Cart w/Cage valued at $7,426 and (1) Cushman Refresher 1200 Gas Cart valued at $7,426. Lease #4013640 |
| Loss Payee Name: Loss Payee Address: | TCF Equipment Finance<br><br>1111 West San Marnan Drive<br>Waterloo, IA 50704 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

Filing 48304765                                    VS

© ISO Properties, Inc., 2007

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

© ISO Properties, Inc., 2007

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.): C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| **Description Of Property:** | Lease #160049000 |
| **Loss Payee Name:** | PNC Equipment Finance |
| | and its successors and/or assigns |
| **Loss Payee Address:** | |
| | PO Box 3547 |
| | Bellevue, WA 98009 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

C. **Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D. **Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

© ISO Properties, Inc., 2007

2.  For Covered Property in which both you and a Loss Payee have an insurable interest:

   a.  We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b.  The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   c.  If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      (1)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   d.  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1)  The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

      (2)  The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3.  If we cancel this policy, we will give written notice to the Loss Payee at least:

   a.  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b.  30 days before the effective date of cancellation if we cancel for any other reason.

4.  If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E.  **Contract Of Sale Clause**

   1.  The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

   2.  For Covered Property in which both you and the Loss Payee have an insurable interest we will:

      a.  Adjust losses with you; and

      b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   3.  The following is added to the **Other Insurance** Condition:

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F.  **Building Owner Loss Payable Clause**

   1.  The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   2.  We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   3.  We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Filing 48304765          VS          © ISO Properties, Inc., 2007          CP 12 18 06 07
05-2016-CA-047341-XXXX-XX

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., Or F.):  C | |
|---|---|---|---|---|---|
| 1 | | 1 | | | |

| | |
|---|---|
| **Description Of Property:** | Leased equipment valued at $6528.49  Lease #100-2103637-001 |
| **Loss Payee Name:** | Leaf Capital Funding, LLC ISAOA, Insurance Service Center |
| **Loss Payee Address:** | PO Box 979127 Miami, FL 33197-9127 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C.** Loss Payable Clause

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D.** Lender's Loss Payable Clause

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

© ISO Properties, Inc., 2007
Filing 48304765                          VS                                    05-2016-CA-047341-XXXX-XX

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

      (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

   1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

   2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

      a. Adjust losses with you; and

      b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   3. The following is added to the **Other Insurance** Condition:

      For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

   1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

   2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

VS

© ISO Properties, Inc., 2007

POLICY NUMBER: 41-LX-024058875-1

COMMERCIAL PROPERTY
CP 12 18 06 07

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number:<br><br>1 | | Building Number:<br><br>1 | | Applicable Clause<br>(Enter C., D., E.,<br>Or F.):  C | |
|---|---|---|---|---|---|

| Description Of Property:    Lease #178577000 |
|---|
| Loss Payee Name:              PNC Equipment Finance LLC<br>                                         its successors and/or assigns |
| Loss Payee Address:<br>                                         995 Dalton Avenue<br>                                         Cincinnati, OH 45203 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

  **a.** Warehouse receipts;

  **b.** A contract for deed;

  **c.** Bills of lading;

  **d.** Financing statements; or

  **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   d. If we pay the Loss Payee for any loss or damage and deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part:

      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

      (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E. **Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

F. **Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Filing 48304765   VS   © ISO Properties, Inc., 2007   05-2016 CA 04 34P 34 XX-XX-XX   CP 12 18 06 07



AIG Commercial Property
Claims
7862 W. Irlo Bronson Hwy
#151
Kissimmee, FL 34747
www.aig.com

Chirag Mehta
*National General Adjuster*
AIG Property and Energy
Claims
T  (407) 507-4359
C  (321) 697-6577
F  (844) 806-8152
cmehta@aig.com

July 1, 2016

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Phil Davidson
Davidson Adjusters Inc
30 Kinderkamack Rd
Suite 1
Oradell, NJ 07649

Re:  Insured:        Fore Golf Associates Management, LLC
     Claim no.:      5718278452US
     Loss Location:  3375 Bayside Lakes Blvd
                     Palm Bay, FL
     Policy:         Lexington Insurance Company no 024058875
     Date of Loss:   March 2, 2016 (as reported)

Dear Mr. Davidson:

I am a National General Adjuster with the Property Claims Field Group of
AIG Claims, Inc., which is authorized to handle the referenced matter on
behalf of Lexington Insurance Company. I am writing in response to the
request of Fore Golf Associates Management, LLC for coverage under
Lexington Insurance Company policy no 024058875, in connection with
the referenced claim for loss by vandalism at the above-referenced loss
location.

Fore Golf Associates Management, LLC d/b/a Major Golf Club reportedly
suffered a loss at their golf course caused by alleged vandalism by a
former employee. It was reported this employee maliciously applied a
chemical grass killer to all greens on the course. The date of loss was
reported as March 2, 2016, however the date this incident allegedly took
place was reported to be some time during the week of February 1, 2016.

On March 11, 2016, we initially discussed the loss, where you advised
the loss was discovered by Jeff Cartwright, the greenskeeper for the
Majors Golf Club, and Herbert Piert III, the General Manager for the
Majors Golf Club. As you are aware Lexington Insurance Company's
intent to retained both an expert to investigate the physical damage
aspects of this loss, as well as an investigator to assist in the gathering of
the facts which gave rise to the reported event. Thomas Ney, of

1

EXHIBIT

2016-CA-047341-XXXX-XX



PT&C/LWG, was retained to assist in the investigation of the cause and extent of damage to the affected greens. Additionally, Mr. Joe Savilla of AIG Global Investigative Services was retained to assist in the acquisition of statements and facts from current and former employees of Fore Golf Associates Management, LLC and obtain investigative facts from the Palm Bay Police Department.

On March 25, 2016 I conducted an inspection of the loss location with you, Charles Staples of Fore Golf Associates Management, LLC, Mr. Ney, and Mr. Savilla. During the inspection, we observed damage to all of the greens located at the Majors Golf Club. Mr. Ney concurrently collected soils samples of all greens as well as 9 random core samples.

During the inspection, you had advised Mr. Piert III and Mr. Cartwright were both terminated since the claim was reported to Lexington Insurance Company. Subsequent to our inspection, interviews with Mr. Piert and Mr. Cartwright were conducted, as well as an interview with Mr. Paul Atkins, who remained in the employment of Fore Golf Associates Management, LLC. In addition, we have discussed this matter with Officer Ball, who investigated this matter for the Palm Bay Police Department.

The results of these interviews has determined that the damage to all greens at the Majors Golf Club, aside from Hole 11, were caused solely by the accidental introduction of "Round Up" or similar chemical application during a fertilizer application in the beginning of February by Mr. Cartwright. The damage to the greens on Hole 11 was caused, in addition to the application of Round Up or similar chemical, by the accidental discharge of hydraulic fluid from a hydraulic leak on a mower in December 2015.

Further, the analysis completed by PT&C/LWG, as provided to you on April 30, states that, as Round Up and other similar chemicals have a reported half-life of 96.4 days, no replacement of greens are necessary; rather, core aeration, fertilization, and slice seeding are recommended to repair the greens to bring them to a pre loss state. It is our understanding that Fore Golf Associates Management, LLC has proceeded with replacing greens, contrary to the findings/analysis provided.

### Lexington Insurance Company policy no. 024058875

In review of the policy, numbered 024058875, issued by Lexington Insurance Company for the policy period June 1, 2015 to June 1, 2016, the policy states the following language, in relevant part, under form

2



109387 (02/13), titled "**COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM**":

" **A.**    Coverage

We will pay for direct physical loss or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1.    **Covered Property**
Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, **Property Not Covered**, if a Limit of Insurance is shown in the Declarations for that type of property.
…

b.   Golf holes meaning tees, driving ranges, cut fairways, greens, grass and sand bunkers, cut and maintained roughs and other cut and maintained playing surfaces, sod used in the maintenance and repair of the golf course and cart paths. But this property is only covered with respect to loss or damage caused by fire, lightning, explosion, riot, civil commotion, aircraft, vehicles, vandalism, windstorm or hail, and the weight of ice or snow, to the extent they are Covered Causes of Loss in this policy.

If the **PREMIER CAUSES OF LOSS** section of this form is extended to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to golf holes.
…

2.    **Property Not Covered**

Covered Property does not include:
…

g.   Land (including land on which the property is located with the exception of golf holes), water, growing crops or lawns;
…

k.   The following property while outside of buildings:
…

(2)    Trees, shrubs, plants or lawns."

Further, please refer to endorsement **111888 (02/13)**, titled, "**OUTDOOR TREES, SHRUBS, PLANTS and LAWN ENDORSEMENT**", which states in relevant part:

"    This endorsement modifies insurance provided under the following:

COUNTRY CLUB PREMIER PROPERTY COVERAGE FORM

3



## SCHEDULE

| Loc No. | Outdoor Trees, Shrubs Plants and Lawns Limit of Insurance any One Occurrence | Limit of Insurance per Tree, Shrub or Plant |
|---|---|---|
| 7 | $150,000 | $5,000 |
| 8 | $150,000 | $5,000 |
| 9 | $150,000 | $5,000 |

| Loc No. | Covered Causes of Loss (below) | Included (X) | Deductible |
|---|---|---|---|
| 7 | Causes of Loss (1) through (7) | X | $5,000 |
|   | Cause of Loss (8) | X | $200,000 |
|   | Cause of Loss (9) | X | $5,000 |
| 8 | Causes of Loss (1) through (7) | X | $5,000 |
|   | Cause of Loss (8) | X | $150,000 |
|   | Cause of Loss (9) | X | $5,000 |
| 9 | Causes of Loss (1) through (7) | X | $5,000 |
|   | Cause of Loss (8) | X | $250,000 |
|   | Cause of Loss (9) | X | $5,000 |

Paragraph **A.5. Coverage Extensions** of the Country Club Premier Property Coverage Form is amended to include:

**Outdoor Trees, Shrubs, Plants and Lawns**

1.  You may extend the insurance provided by this Coverage Form to apply to your outdoor trees, shrubs, plants and lawns (other than "stock" of trees, shrubs, plants or lawns), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    **(1)**   Fire;
    **(2)**   Lightning;
    **(3)**   Explosion;
    **(4)**   Riot or Civil Commotion;
    **(5)**   Aircraft;
    **(6)**   Vehicles; or
    **(7)**   Vandalism

2.  You may add the following causes of loss if they are Covered Causes of Loss in the policy and if indicated by an "X" in the Schedule:

    **(8)**   Windstorm or Hail; or
    **(9)**   The Weight of Ice or Snow.

    If the **PREMIER CAUSES OF LOSS** section of the policy is extended to add a Covered Cause of Loss, the additional Cause of Loss does not apply to the coverage provided under this Coverage Extension – Outdoor Trees, Shrubs, Plants and Lawns."

4



Based on the facts presented, it's been determined the damage to the greens was accidental in nature and not caused by vandalism or other listed peril of coverage referenced in the Policy language above. Therefore, we regret to inform you that no coverage can be afforded for the loss.

If you have any information that you believe would alter our coverage position concerning this matter, please forward it to us for further evaluation. We will review that information without prejudice to this denial, which denial remains effective unless we notify you in writing of a change in our position. This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions or other provisions of the Policy, or any other policies of insurance issued by Lexington Insurance Company. Lexington Insurance Company expressly reserves all of its rights under the Policy, including the right to amend the above disclaimer to include any additional grounds for disclaimer of coverage, including but not limited to those set forth above. All rights are reserved.

Very truly yours,

Chirag Mehta
National General Adjuster

Cc:   Karl Kocher, Kocher Group
       Phil D'Amato, Bollinger Sports & Leisure

5

Filing # 48304765 E-Filed 10/31/2016 03:29:35 PM

**IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA**

DIVISION: CIVIL                    CASE NUMBER:  05 -      -      -      XXXX-XX

PLAINTIFF
FORE GOLF ASSOCIATES MANAGEMENT                    CLOCK IN
and THE MAJORS GOLF CLUB LLC dba
THE MAJORS GOLF CLUB

DEFENDANT
LEXINGTON INSURANCE COMPANY

DEFENDANT'S ADDRESS                          PLAINTIFF/PLAINTIFF'S ATTORNEY ADDRESS
c/o Chief Financial Officer                  William F. Merlin Jr.
Florida Dept. Financial Services             777 S. Harbour Island Blvd., Suite 950
200 East Gaines St., Tallahassee, FL 32399   Tampa, FL  33602

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on the above named defendant.

Each defendant is required to serve a copy of written defenses to the complaint or petition on the above named Plaintiff or Plaintiff's Attorney, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**Natural persons must read the reverse side of this SUMMONS for important information.**

ADDRESS FOR CLERK OF COURTS:

CLERK OF COURTS
P.O. BOX 219
TITUSVILLE, FL 32781-0219
PHONE: (321) 637-5413
FAX: (321) 264-6949

IN WITNESS WHEREOF, I hereunto set my hand and Official Seal on the _____ day of _____,
20____, in Brevard County, Florida.

_____
Deputy Clerk:
Brevard County Clerk of Courts

Law 327
Rev. 10-03-2013

FOR PERSONAL SERVICE ON A NATURAL PERSON

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court.  A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo eviso del tribunal.  Existen otros requistitos legales.  Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demandadante)

## IMPORTANT

Des poursuites judiciaries ont eta entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, evec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la uite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juidiques et vour pouvez requerir les services immediats d'un avocat.  Si your ne connaissez pas d'avocat, yous pourriez telephoner a un service de reference d'avacoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) namme ci-dessous.

_____

Plaintiff / Plaintiff's Attorney

_____

Address

_____

City                        State              Zip

Law 137
Rev. 10-03-2013

Filing # 48304765 E-Filed 10/31/2016 03:29:35 PM

IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

DIVISION: CIVIL                     CASE NUMBER:  05 - 2016 -  CA  - 047341 - XXXX-XX

**PLAINTIFF**
FORE GOLF ASSOCIATES MANAGEMENT                    **CLOCK IN**
and THE MAJORS GOLF CLUB LLC dba
THE MAJORS GOLF CLUB

**DEFENDANT**
LEXINGTON INSURANCE COMPANY

**DEFENDANT'S ADDRESS**                  **PLAINTIFF/PLAINTIFF'S ATTORNEY ADDRESS**
c/o Chief Financial Officer              William F. Merlin Jr.
Florida Dept. Financial Services         777 S. Harbour Island Blvd., Suite 950
200 East Gaines St., Tallahassee, FL 32399   Tampa, FL  33602

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on the above named defendant.

Each defendant is required to serve a copy of written defenses to the complaint or petition on the above named Plaintiff or Plaintiff's Attorney, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

   **Natural persons must read the reverse side of this SUMMONS for important information.**

ADDRESS FOR CLERK OF COURTS:

CLERK OF COURTS
P.O. BOX 219
TITUSVILLE, FL 32781-0219
PHONE: (321) 637-5413
FAX: (321) 264-6949

IN WITNESS WHEREOF, I hereunto set my hand and Official Seal on the ___7___ day of _NOVEMBER_____,
20_16__, in Brevard County, Florida.

                              Deputy Clerk:
                              Brevard County Clerk of Courts

Law 327
Rev. 10-03-2013

FOR PERSONAL SERVICE ON A NATURAL PERSON

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo eviso del tribunal. Existen otros requistitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante)

## IMPORTANT

Des poursuites judiciaries ont eta entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de le telphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, evec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la uite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juidiques et vour pouvez requerir les services immediats d'un avocat. Si your ne connaissez pas d'avocat, yous pourriez telephoner a un service de reference d'avacoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il yous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) namme ci-dessous.

_____

Plaintiff / Plaintiff's Attorney

_____

Address

_____

City                    State              Zip

Law 137
Rev. 10-03-2013

Filing # 50323529 E-Filed 12/20/2016 01:50:19 PM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION**

FORE GOLF ASSOCIATES MANAGEMENT, LLC,
and THE MAJORS GOLF CLUB LLC dba THE
MAJORS GOLF CLUB,

        Plaintiffs,

vs.                                              CASE NO.: 05-2016-CA-47341

LEXINGTON INSURANCE COMPANY,

        Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

Ashley N. Harris, Esquire of Merlin Law Group, P.A., hereby gives her Notice of Appearance as Co-Counsel on behalf of Plaintiffs, FORE GOLF ASSOCIATES MANAGEMENT, LLC and THE MAJORS GOLF CLUB LLC dba THE MAJORS GOLF CLUB, and requests that copies of all motions, notices and other pleading heretofore filed or served in this cause be furnished to the undersigned.

Furthermore, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the flowing primary and secondary e-mail addresses for service:

Primary:    aharris@merlinlawgroup.com

Secondary:    kkowal@merlinlawgroup.com

Alternate:    ikuhn@merlinlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on *December 20, 2016*, the foregoing was electronically filed with the Clerk of Court by using the Florida Courts eFiling Portal System.

**MERLIN LAW GROUP, P.A.**

**Ashley N. Harris,** Esq.
Florida Bar No. 105576
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Attorney for Plaintiffs
wmerlin@merlinlawgroup.com
aharris@merlinlawgroup.com
kkowal@merlinlawgroup.com
ikuhn@merlinlawgroup.com

Filing # 50324187 E-Filed 12/20/2016 01:56:26 PM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION**

**FORE GOLF ASSOCIATES MANAGEMENT, LLC,
and THE MAJORS GOLF CLUB LLC dba THE
MAJORS GOLF CLUB,**

       **Plaintiffs,**

**vs.**                      **CASE NO.: 05-2016-CA-47341**

**LEXINGTON INSURANCE COMPANY,**

       **Defendant.**

_____/

## NOTICE OF FILING

      Plaintiffs, FORE GOLF ASSOCIATES MANAGEMENT, LLC and THE MAJORS GOLF CLUB LLC dba THE MAJORS GOLF CLUB, by and through their undersigned counsel, hereby serve this notice of filing the foregoing:

      Affidavit of Service of Process Upon Defendant.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on *December 20, 2016*, the foregoing was electronically filed with the Clerk of Court by using the Florida Courts eFiling Portal System.

                      **MERLIN LAW GROUP, P.A.**

                      _____

                      **Ashley N. Harris** Esq.
                      Florida Bar No. 105576
                      777 S. Harbour Island Blvd., Suite 950
                      Tampa, FL 33602
                      Telephone: (813) 229-1000
                      Facsimile: (813) 229-3692
                      Attorney for Plaintiffs
                      wmerlin@merlinlawgroup.com
                      aharris@merlinlawgroup.com
                      kkowal@merlinlawgroup.com
                      ikuhn@merlinlawgroup.com





*16-000193701*

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

---

FÖRE GOLF MANAGEMENT LLC AND THE
MAJORS GOLF CLUB, ET. AL.

PLAINTIFF(S)

VS.

LEXINGTON INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT

**CASE #:**    05-2016-CA-047341
**COURT:**    CIRCUIT COURT
**COUNTY:**   BREVARD
**DFS-SOP #:** 16-000193701

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of
the State of Florida. Said  process was received in my office by ELECTRONIC DELIVERY on
Friday, December 9, 2016 and a copy was forwarded by ELECTRONIC DELIVERY on Monday,
December 12, 2016 to the designated agent for the named entity as shown below.

> LEXINGTON INSURANCE COMPANY
> JOANNE P KEATING
> 99 HIGH ST
> BOSTON MA 02110

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not
responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered
by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jeff Atwater
Chief Financial Officer

KELLY KOWAL
MERLIN LAW GROUP
777 S. HARBOUR ISLAND BLVD. #950
TAMPA FL 33602

KAJ