UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FORE GOLF ASSOCIATES MANAGEMENT, LLC** and **THE MAJORS GOLF CLUB LLC,**

      Plaintiffs,

v.                                         Case No:   6:17-cv-30-Orl-37TBS

**LEXINGTON INSURANCE COMPANY,**

      Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Mediation Report filed September 28, 2017 (Doc 37) indicating that this case has settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 3rd day of October, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record